| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court  for the:

<u>Southern</u> District of <u>New York</u>
(State)

Case number *(If known)*: _____   Chapter <u>7</u>

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

### Part 2:   Identify the Debtor

2. **Debtor's name**

Eletson Holdings Inc.

3. **Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Eletson

4. **Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

__ __ – __ __ __ __ __ __ __
EIN

5. **Debtor's address**

| Principal place of business | Mailing address, if different |
| --- | --- |
| 118 Kolokotroni Street | 1 Landmark Square , Suite 424 |
| Number         Street | Number       Street |
| | C/O agent Eletson Maritime, Inc. |
| | P.O. Box |
| Piraeus, Greece              GR 185 35 | Stamford          Connecticut   06901 |
| City                    State    ZIP Code | City                  State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| _ County | Number       Street |
| | |
| | City                  State    ZIP Code |

| Debtor | Eletson Holdings Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

**6. Debtor's website** (URL)     https://www.eletson.com/index.php

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the types of business listed.

☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No

☐ Yes. Debtor _____    Relationship _____

District _____ Date filed _____    Case number, if known _____
                                                MM / DD / YYYY

Debtor _____    Relationship _____

District _____ Date filed _____    Case number, if known _____
                                                MM / DD / YYYY

---

**Part 3:**    **Report About the Case**

**10. Venue**

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| Debtor | Eletson Holdings Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **13. Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Pach Shemen LLC | First Preferred Ship Mortgage Notes | $ 183,851,546 |
| | VR Global Partners, L.P. | First Preferred Ship Mortgage Notes | $ 29,416,076 |
| | ALPINE PARTNERS (BVI), L.P. | First Preferred Ship Mortgage Notes | $ 200,000 |
| | | Total of petitioners' claims | $ 213,467,622 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

| **Part 4:** | **Request for Relief** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Pach Shemen LLC
Name

1209 N. Orange Street
Number    Street

Wilmington                DE            19801
City                           State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mark Lichtenstein
Name

1209 N. Orange Street
Number    Street

Wilmington                DE            19801
City                           State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/07/2023
                        MM / DD / YYYY

**✘  /s/ Mark Lichtenstein**
Signature of petitioner or representative, including representative's title

Kyle J. Ortiz
Printed name

Togut, Segal & Segal LLP
Firm name, if any

One Penn Plaza, Suite 3335
Number    Street

New York                          NY          10119
City                                    State      ZIP Code

Contact phone  (212) 201-6582   Email  kortiz@teamtogut.com

Bar number    KO5499

State    New York

**✘ /s/ Kyle J. Ortiz**
Signature of attorney

Date signed    03/07/2023
                         MM / DD / YYYY

Debtor    **Eletson Holdings Inc.**
Name                                                                    Case number (if known) _____

---

**Name and mailing address of petitioner**

VR Global Partners, L.P.
Name

One Nexus Way, Camana Bay
Number    Street

Grand Cayman, Cayman Islands        KY1-9005
City                              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Joshua Nemser
Name

601 Lexington Avenue, 59th Floor
Number    Street

New York                    New York        10022
City                        State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/07/2023
              MM / DD / YYYY

✖ /s/ Joshua Nemser
Signature of petitioner or representative, including representative's title

---

Kyle J. Ortiz
Printed name

Togut, Segal & Segal LLP
Firm name, if any

One Penn Plaza, Suite 3335
Number    Street

New York              New York        10119
City                  State        ZIP Code

Contact phone    (212) 201-6582    Email    kortiz@teamtogut.com

Bar number    KO5499

State    New York

✖ /s/ Kyle J. Ortiz
Signature of attorney

Date signed    03/07/2023
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

ALPINE PARTNERS (BVI), L.P.
Name

140 Broadway, 38th Floor
Number    Street

New York                    New York        10005
City                        State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Amy Tarlowe
Name

140 Broadway, 38th Floor
Number    Street

New York                    New York    10005
City                        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/07/2023
              MM / DD / YYYY

✖ /s/ Amy Tarlowe
Signature of petitioner or representative, including representative's title

---

Kyle J. Ortiz
Printed name

Togut, Segal & Segal LLP
Firm name, if any

One Penn Plaza, Suite 3335
Number    Street

New York                    NY        11201
City                        State    ZIP Code

Contact phone    (212) 201-6582    Email    kortiz@teamtogut.com

Bar number    KO5499

State    New York

✖ /s/ Kyle J. Ortiz
Signature of attorney

Date signed    03/07/2023
              MM / DD / YYYY

---

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel for the Petitioning Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                                          :          Chapter 7
:
ELETSON HOLDINGS INC., et al.,[1]                               :          Case No. 23-_____
:
:          (Joint Administration Requested)
Debtors.           :
:
---------------------------------------------------------------x

## <u>CORPORATE OWNERSHIP STATEMENT OF PACH SHEMEN LLC</u>

In accordance with Rule 1010(b) of the Federal Rules of Bankruptcy Procedure

(the "<u>Bankruptcy Rules</u>"), which incorporates the disclosure required under Rule 7007.1

of the Bankruptcy Rules, and Local Bankruptcy Rule 1010-1, Pach Shemen LLC

("<u>Pach Shemen</u>") hereby states that Nomis Bay Ltd. owns 60% of the equity interests of

Pach Shemen, and that BPY Limited owns 40% of the equity interest of Pach Shemen.

I swear under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.

 Dated: New York, New York
         March 7, 2023
                          /s/ Mark Lichtenstein
                          Mark Lichtenstein

---

[1]    The Debtors in these chapter 7 cases are:  Eletson Holdings Inc., Eletson Finance (US) LLC, and
       Agathonissos Finance LLC.  The address of the Debtors' corporate headquarters is 118 Kolokotroni
       Street, GR 185 35 Piraeus, Greece.  The Debtors' mailing address is c/o Eletson Maritime, Inc., 1
       Landmark Square, Suite 424, Stamford, Connecticut 06901.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel for the Petitioning Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                          :
In re:                                                    :        Chapter 7
                                                          :
ELETSON HOLDINGS INC., et al.,[1]                         :        Case No. 23-_____
                                                          :
                                                          :        (Joint Administration Requested)
                              Debtors.                    :
                                                          :
---------------------------------------------------------------x

**AFFIDAVIT OF ADAM SPEARS ON BEHALF OF PACH SHEMEN LLC
PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1003(a)**

I, Adam Spears, being duly sworn, state the following under penalty of perjury:

1.      I make this affidavit on behalf of Pach Shemen LLC

("Petitioning Creditor") in connection with the above-captioned involuntary chapter 7

cases (the "Bankruptcy Cases") filed by Petitioning Creditor and other petitioning

creditors against Eletson Holdings Inc. ("Eletson Holdings"), Eletson Finance (US) LLC

("Eletson Finance") and Agathonissos Finance LLC ("Eletson MI" and, together with

Eletson Holdings and Eletson Finance, the "Debtors"). I am familiar with the facts set

forth herein through my own personal knowledge or through a review of documents

---

[1]     The Debtors in these chapter 7 cases are: Eletson Holdings Inc., Eletson Finance (US) LLC, and
Agathonissos Finance LLC. The address of the Debtors' corporate headquarters is 118 Kolokotroni
Street, GR 185 35 Piraeus, Greece. The Debtors' mailing address is c/o Eletson Maritime, Inc., 1
Landmark Square, Suite 424, Stamford, Connecticut 06901.

related to Petitioning Creditor's claims against the Debtors.  If called to testify in connection with these Bankruptcy Cases, the following would constitute my testimony.

2.    I am an Authorized Representative of Pach Shemen LLC, a Petitioning Creditor of the Debtors.

3.    The Petitioning Creditor holds a claim against the Debtors in the aggregate amount of at least $183,851,546 (plus applicable interest, fees, and other charges) with regard to the First Preferred Ship Mortgage Notes due 2022 (the "Notes") issued by the Debtors pursuant to an indenture dated as of July 2, 2018, governing the Notes (the "Indenture").  Petitioning Creditor's holding of the Notes were transferred to it from Nomis Bay Ltd. and BPY Limited on January 4, 2023, as reflected in the attached documents.  The consideration paid or received by the Petitioning Creditor in connection with each purchase of the Notes is also reflected in the attached documents.

4.    Petitioning Creditor acquired its claims for investment purposes and not for the purpose of commencing these Bankruptcy Cases.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
       March 7, 2023

                        /s/ Adam Spears
                        Adam Spears

# CURVATURE

# **Monthly Statement**

145 Adelaide St W
Toronto, ON CA M5H 4E5

Account Number: PACH0010

Account Name: **PACH SHEMEN LLC**

**PERIOD:** JANUARY 1, 2023 - JANUARY 31, 2023

| Account Summary | This Period | Year to Date |
|---|---|---|
| **Beginning Balance:** | $ -- | $ -- |
| Deposit: | $ -- | $ -- |
| Withdrawals: | $ -- | $ -- |
| Trade Transaction: | $ -- | $ -- |
| Fees: | $ -- | $ -- |
| **Ending Balance:** | $ -- | $ -- |

| Realized Gain/Loss from Sales | This Period | Year to Date |
|---|---|---|
| **Short Term** | | |
| Gain: | $ -- | $ -- |
| Loss: | $ -- | $ -- |
| Net Short Term: | $ -- | $ -- |
| **Long Term** | | |
| Gain: | $ -- | $ -- |
| Loss: | $ -- | $ -- |
| Net Long Term: | $ -- | $ -- |
| **Other** | | |
| Dividend: | $ -- | $ -- |
| Interest: | $ -- | $ -- |
| Miscellaneous: | $ -- | $ -- |

**Position Summary**

    Unrealized:                                                         $ --

    Long:     $ --

    Short:     $ --

    Equity:     $ --

## HOLDINGS

| Symbol | Symbol Description | Quantity | Market Price | Market Value | Cost Price | Cost Basis | Unrealized |
|---|---|---|---|---|---|---|---|
| No holdings found. | | | | | | | |

## TRADE ACTIVITY

| Trade Date | Settle Date | Side | Symbol | Description | Quantity | Price | Fees | Net Amount | Status |
|---|---|---|---|---|---|---|---|---|---|
| No record found. | | | | | | | | | |

## CASH ACTIVITY

| Trade Date | Settle Date | Entry Type | Description | Net Amount | Status |
|---|---|---|---|---|---|
| No record found. | | | | | |

## OTHER ENTRIES

| Trade Date | Settle Date | Entry Type | Symbol | Description | Quantity | Price | Fees | Net Amount | Status |
|---|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | 01/04/2023 | JNLS | V32257AA1 | Transfer In Free | 58,495,581 | | $ -- | $ -- | $ -- Executed |
| 01/04/2023 | 01/04/2023 | JNLS | 28620EAB6 | Transfer In Free | 125,355,965 | | $ -- | $ -- | $ -- Executed |

CURVATURE

**Terms & Conditions**



**From:** Adam Spears <adam@ace148.com>
**Sent:** Tuesday, December 13, 2022 10:26 AM

**Subject:** RE: Eletson Bond

**CAUTION:** This email originated from outside of the organization.

Hi Joe/David,

Further to my discussion with Joe, in addition to the main rider we already agreed to further down the email chain, below we add the following language and then we can move forward with the settling of the bond trade.  Please confirm this works.

If Buyer or any of its affiliates obtains direct or indirect control of Eletson Corporation, Buyer or such affiliate will use commercially reasonable efforts promptly to cause Eletson Corporation to withdraw and disavow the below listed claims under section (i) it has alleged against New Agathonissos Finance LLC or any of its affiliates (such amounts as conveyed by Sellers and not currently verified by Buyer), in exchange for a mutual release from NAF in respect of the claims by NAF against Eletson listed below under section (ii).

(i)      Eletson claims that NAF owes:

1. $533,000 for alleged "rejoining bonuses"
2. $594,000 for alleged seaman's pension amounts
3. $403,000 in other miscellaneous amounts

(ii)      NAF claims Eletson owes:

a.    Reimbursement for payments for a total of $5.7 million made by NAF to Paul Weiss, AMA etc. for work done for bondholders that should have been paid by Eletson.



**Sent:** Thursday, December 8, 2022 3:38 PM
**To:** Adam Spears <adam@ace148.com>
**Subject:** RE: Eletson Bond

We're good with keeping costs down and trusting you to abide this trade/rider via email as follows. I will tell Jefco to book the trade/please do the same:

Part 1

1.    $2 million today via bond trade at Jefco
2.    $500k if the arbitration ends to our satisfaction on Eletson Gas and we can exercise our rights to act as Preferred to sell Eletson Gas vessels and/or the company (Eletson Gas) without legal interference
3.    10% of the value received by Levona for its Preferred Shares in Eletson Gas (excluding repayment of intragroup loan or sale of deconsolidated vessels), up to a total of $1 million
4.    1/3 of the first $3 million profit realized by the entity buying these notes (Levona II) after all costs and expenses (including the cost of all the above plus legal fees)
5.    Thereafter 25% of any profit realized by Levona II after the first $3 million profit achieved (and paid out according to #4 above)

Part 2

1.     The Notes being purchased represent the entire set of rights and interests, economic or otherwise, arising out of the Notes against the issuer, directly or indirectly.  If there are any other rights and interests that were received by seller in association with any exchange of Notes (or a portion thereof) or any other transaction involving the allocation or transfer of Notes or rights or interests under the Notes to another entity, Purchaser assumes and purchases those rights and interests from seller for no additional consideration paid in this transaction.

2.    The sellers of the Notes are not subject to any current forbearance agreements, releases, or similar agreements with any of the Issuers or any of their subsidiaries that would prevent any action being taken in accordance with the rights attached to the Notes.

3. The sellers of the Notes will, as soon as is commercially reasonable after the transaction is complete, provide the buyer with copies of all documentation relating to the Notes and any other substantive communications with the Issuer.

















TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel for the Petitioning Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                    :

In re:                             :        Chapter 7
                                    :

ELETSON HOLDINGS INC., et al.,[1]    :        Case No. 23-_____
                                    :

                                    :        (Joint Administration Requested)
                  Debtors.      :
                                    :
--------------------------------------------------------------x

## <u>CORPORATE OWNERSHIP STATEMENT OF VR GLOBAL PARNTERS, L.P.</u>

In accordance with Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), which incorporates the disclosure required under Rule 7007.1 of the Bankruptcy Rules, and Local Bankruptcy Rule 1010-1, VR Global Partners, L.P. ("<u>VRGP</u>") hereby states that VRGP is an investment fund organized as a limited partnership. Accordingly, there are no entities to report under this subdivision.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

 Dated: New York, New York
       March 7, 2023

                     /s/ Joshua Nemser
                     Joshua Nemser

---

[1]    The Debtors in these chapter 7 cases are: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. The address of the Debtors' corporate headquarters is 118 Kolokotroni Street, GR 185 35 Piraeus, Greece. The Debtors' mailing address is c/o Eletson Maritime, Inc., 1 Landmark Square, Suite 424, Stamford, Connecticut 06901.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel for the Petitioning Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                  :

In re:                           :       Chapter 7
                                  :

ELETSON HOLDINGS INC., et al.,[1]   :       Case No. 23-_____
                                  :
                                  :       (Joint Administration Requested)
              Debtors.    :
                                  :
--------------------------------------------------------------x

### AFFIDAVIT OF JOSHUA NEMSER
### ON BEHALF OF VR GLOBAL PARTNERS, L.P.
### PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1003(a)

      I, Joshua Nemser, being duly sworn, state the following under penalty of perjury:

      1.      I make this affidavit on behalf of VR Global Partners, L.P.

("Petitioning Creditor") in connection with the above-captioned involuntary chapter 7

cases (the "Bankruptcy Cases") filed by Petitioning Creditor and other petitioning

creditors against Eletson Holdings Inc. ("Eletson Holdings"), Eletson Finance (US) LLC

("Eletson Finance") and Agathonissos Finance LLC ("Eletson MI" and, together with

Eletson Holdings and Eletson Finance, the "Debtors").  I am familiar with the facts set

forth herein through my own personal knowledge or through a review of documents

---

[1]    The Debtors in these chapter 7 cases are:  Eletson Holdings Inc., Eletson Finance (US) LLC, and
Agathonissos Finance LLC.  The address of the Debtors' corporate headquarters is 118 Kolokotroni
Street, GR 185 35 Piraeus, Greece.  The Debtors' mailing address is c/o Eletson Maritime, Inc., 1
Landmark Square, Suite 424, Stamford, Connecticut 06901.

related to Petitioning Creditor's claims against the Debtors.  If called to testify in connection with these Bankruptcy Cases, the following would constitute my testimony.

2.      I am a Senior Portfolio Manager at VR Global Partners, L.P., a Petitioning Creditor of the Debtors.

3.      The Petitioning Creditor holds a claim against the Debtors in the aggregate amount of at least $29,416,076 (plus applicable fees, costs, and charges) with regard to the First Preferred Ship Mortgage Notes due 2022 (the "Notes") issued by the Debtors pursuant to an indenture dated as of July 2, 2018, governing the Notes (the "Indenture").  Petitioning Creditor's holding of the Notes were acquired on various dates throughout 2018 and 2019, as reflected in the attached documents. The consideration paid or received by the Petitioning Creditor in connection with each purchase of the Notes is also reflected in the attached documents.

4.      Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing these Bankruptcy Cases.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

 Dated: New York, New York
          March 7, 2023


                                        /s/ Joshua Nemser
                                        Joshua Nemser

| Buy/Sell | Buy | ISIN | US28620EAB65 | Status | Settled |
|---|---|---|---|---|---|
| Issue | ELETSON HOLDINGS 9.625% 15-JAN-2022 S A1 | Broker | IMP | Benchmark | |
| Audit Trail | | | | Broker Name | |
| DlrFutBrkr | -- | Disc Rate | | Trans Cost | |
| Quantity | 2,151,000 | Yield | 88.866085 | Principal | $ 693,697.50 |
| Price | 32.250000 | Spread | | Acc Int | |
| Settle Date | 11-Dec-2019 | B/Yield | | Net | 693,697.50 |
| B/Price | 0.000000 (0.00) | | | B/Discount | |
| Entry/Exec Time | 20:28:50 / 20:28:50 | Seq No | 64765 | Security Name | |
| Trade Date | 06-Dec-2019 | TS Tick No | 0 | | 1 |
| User Name | JOSHUA NEMSER | | | Login | JNEMSER |
| Customer | Language agreed upon via email. | | | Account | |
| Submitter Firm | IMPERIAL CAPITAL LLC | | | Submitter | MICHAEL MCCORMACK |

**From:** Joshua Nemser

**Sent:** 17/01/2019 01:19

**To:** zz BackOffice

**Subject:** FW: ELETSN 9.625% '22 Confirm/Language

Hi—

I just entered this trade into TB and wanted to make sure the language below is attached. (Wasn't able to include it in the comments section.) This is especially important, as we're entitled to the interest payment that was due before the trade date.

Thanks,

Josh

Joshua Nemser
VR Capital Group | Tel: +1.646.571.1700

**From:** Michael McCormack
**Sent:** Wednesday, January 16, 2019 at 4:57:00 PM
**To:** Joshua Nemser
**Cc:** Gregory J. Morin; Jessie Marshall
**Subject:** ELETSN 9.625% '22 Confirm/Language

VR Global BUYS 3.456mm ELETSN 9.625% '22 (AI CUSIP: 28620EAB6) @ $38.75 on a T+3 settlement subject to the language below – please agree:

Trades flat; Buyer to receive all existing rights and future distributions from, and including, trade date forward regardless of record date. In the event that the interest payment for the period from July 15, 2018 to January 15, 2019 (which was payable on January 15, 2019) is paid, such payment shall be for the benefit of the Buyer regardless of record date.

ID : 28620EAB6   *Trade Ticket* As of Date: 01/16/2019 17:00:28

TRDR/SLS  : ANNMARIE RAGUSA            Settlement : 1/22/2019

SELLS    : 3456 (M)              ISSUER:ELETSON HDG/ELET FIN/AGA

Security  : ELETSN 9 ⅝ 01/15/22 Ai

  Price  : 38.75      Yield:53.566671  Yield to: 1/15/2022  at 100.00


Notes :TRADE RECAP, PLEASE ADVISE ALLOCATION, SETTLING IN DTC, THANKS


                      {28620EAB6   CORP DES <GO>}

Principal       USD    1,339,200.00
Accrued       ( 0 days)       0.00
Transaction Costs          0.00
Total        USD    1,339,200.00


** THIS TICKET (#127256) GENERATED BY BLOOMBERG TOMS / POMS SYSTEM **
  To learn more about the BLOOMBERG Professional® service,
   http://www.bloomberg.com

| Buy/Sell | Buy | ISIN | US28620EAB65 | Status | Accepted |
| Issue | ELETSN 9 ⅝ 01/15/22 Ai | Broker | IMP | Benchmark | |
| Audit Trail | | | | Broker Name | Imperial Capital |
| | | | | | |
| DirFutBrkr | -- | | | | |
| Quantity | 737,813 | Disc Rate | | Principal | $  285,902.54 |
| Price | 38.750000 | Yield | 53.1199 | Acc Int | 0.00 |
| Settle Date | 01/10/2019 | Spread | | Net | 285,902.54 |
| B/Price | 0.000000 (0-00) | B/Yield | | B/Discount | |
| | | | | | |
| Entry/Exec Time | 21:37:18 / 21:33:43 | Seq No | 67642 | | |
| Trade Date | 01/07/2019 | TS Tick No | 0 | | |
| | | | | | |
| User Name | JOSHUA NEMSER | | | Login | JNEMSER5 |
| Customer | VR ADVISORY SERVICES (USA) LLC | | | Account | |
| Submitter Firm | IMPERIAL CAPITAL LLC | | | Submitter | MARK DOBROSKY |

| Ticket Id | Geneva Id | | Instrument | |
|---|---|---|---|---|
| 33477.17 | 1221310 | | **Fixed Income \| Buy** | |
| **Portfolio** | | | **Risk Manager** | **Operations Manager** |
| VRGP | | | Joshua Nemser | Olga Bratenkova |
| **Trade Date** | **Settlement Date** | | **Generated By** | **Generated On** |
| 07-Dec-2018 | 12-Dec-2018 | | Olga Bratenkova | 11-Dec-2018 21:11:34.713 UTC |
| **Security** | | | **Identifier** | **Discretional Trade** |
| ELETSON HOLDINGS 9.625% 15-JAN-2022 S AI | | | US28620EAB65 | Yes |
| **Nominal** | | | **Trade Price** | |
| 7,061,216 | | | 37 | |
| **Trade Currency** | | **Settlement Currency** | | **FX Rate** |
| USD | | USD | | 1 |
| **Accrued Interest** | | **Charges** | | **Other Fees** |
| 0 | | 0 | | 0 |
| **Net Cash** | | **Gross Amount** | | **Is Dirty** |
| 2,612,649.94 | | 2,335,129.44 | | Yes |
| **Counterparty** | | **Custodian** | | **Strategy** |
| IMPERIAL CAPITAL, LLC | | CS SECURITIES (EUROPE) LIMITED (PB) | | Shipping |

**Special Info/Settlement Details**

Language: "Buyer to receive all existing rights and future distributions from, and including trade date forward regardless of record date." New CUSIP of issue we already hold; these are AI (accredited investor) notes.

| Field | Value | | |
|---|---|---|---|
| Buy/Sell | Buy | ISIN | USV32257AA10 | Status | Accepted |
| Issue | ELETSN 9 ⅝ 01/15/22... | Broker | IMP | Benchmark | |
| Audit Trail | | | | Broker Name | Imperial Capital |

| DlrFutBrkr | -- | | | | |
| Quantity | 8,333,021 | Disc Rate | | Principal | $ 3,229,045.54 |
| Price | 38.750000 | Yield | 53.1199 | Acc Int | 0.00 |
| Settle Date | 01/10/2019 | Spread | | Net | 3,229,045.54 |
| B/Price | 0.000000 (0-00) | B/Yield | | B/Discount | |

| Entry/Exec Time | 21:38:30 / 21:37:54 | Seq No | 67649 |
| Trade Date | 01/07/2019 | TS Tick No | 0 |

| User Name | JOSHUA NEMSER | Login | JNEMSER5 |
| Customer | VR ADVISORY SERVICES (USA) LLC | Account | |
| Submitter Firm | IMPERIAL CAPITAL LLC | Submitter | MARK DOBROSKY |

**From:**          Annmarie Ragusa (IMPERIAL CAPITAL LLC)

**Sent:**          27/11/2018 20:07

**To:**

**Subject:**       ID : USV32257AA10 *Trade Ticket* As of Date: 11/27/2018 13:59:10


ID : USV32257AA10 *Trade Ticket* As of Date: 11/27/2018 13:59:10

TRDR/SLS   : ANNMARIE RAGUSA            Settlement : 11/30/2018

SELLS    : 5791372.00P (M)             ISSUER:ELETSON HDG/ELET FIN/AG

Security  : ELETSN 9 ⅝ 01/15/22 REGs

  Price  : 36.5       Yield:54.677214   Yield to: 1/15/2022  at 100.00


Notes :trade recap, please advise allocation, thanks

                    {USV32257AA10 CORP DES <GO>}

Principal         USD     2,113,850.78
Accrued       ( 0 days)       0.00
Transaction Costs           0.00
Total         USD     2,113,850.78


** THIS TICKET (#111880) GENERATED BY BLOOMBERG TOMS / POMS SYSTEM **
  To learn more about the BLOOMBERG Professional® service,
  http://www.bloomberg.com

| Acct Date | Settle Date | Trans Type | Transaction Description | Quantity |
|---|---|---|---|---|
| 12/07/2018 | 12/12/2018 | Buy | | 7,061,216.00 |
| 01/07/2019 | 01/10/2019 | Buy | | 737,813.00 |
| 01/16/2019 | 01/22/2019 | Buy | | 3,456,000.00 |
| 12/06/2019 | 12/10/2019 | Buy | | 2,151,000.00 |

US28620EAB65 total      13,406,029.00

| Acct Date | Settle Date | Trans Type | Transaction Description | Quantity |
|---|---|---|---|---|
| 07/02/2018 | 07/02/2018 | Reorganization | exchange from US28620QAA13 | 3,500,000.00 |
| 07/02/2018 | 07/02/2018 | Buy | PIK | 210,000.00 |
| 07/15/2018 | 07/15/2018 | Buy | PIK | 222,600.00 |
| 08/02/2018 | 08/07/2018 | Sell | | (2,000,000.00) |
| 08/14/2018 | 08/14/2018 | Sell | PUT REDEMPTION | (46,946.00) |
| 11/27/2018 | 11/30/2018 | Buy | | 5,791,372.00 |
| 01/07/2019 | 01/10/2019 | Buy | | 8,333,021.00 |

USV32257AA10 total      16,010,047.00

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel for the Petitioning Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re:                                                       :        Chapter 7
                                                             :
ELETSON HOLDINGS INC., et al.,[1]                            :        Case No. 23-_____
                                                             :
                                                             :        (Joint Administration Requested)
                                          Debtors.           :
                                                             :
-------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT OF ALPINE PARTNERS (BVI), L.P.

In accordance with Rule 1010(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), which incorporates the disclosure required under Rule 7007.1

of the Bankruptcy Rules, and Local Bankruptcy Rule 1010-1, Alpine Partners (BVI), L.P.

("Alpine") hereby states that the equity owners of Alpine are as follows: WBI, LP, Alps

Investment Partners, LP and CMK Investments LLC.

I swear under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.

 Dated: New York, New York
        March 7, 2023

                                        /s/ Amy Tarlowe
                                        Amy Tarlowe

_____

[1]    The Debtors in these chapter 7 cases are:  Eletson Holdings Inc., Eletson Finance (US) LLC, and
       Agathonissos Finance LLC.  The address of the Debtors' corporate headquarters is 118 Kolokotroni
       Street, GR 185 35 Piraeus, Greece.  The Debtors' mailing address is c/o Eletson Maritime, Inc., 1
       Landmark Square, Suite 424, Stamford, Connecticut 06901.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel for the Petitioning Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                  :
In re:                                            :        Chapter 7
                                                  :
ELETSON HOLDINGS INC., et al.,[1]                 :        Case No. 23-_____
                                                  :
                                                  :        (Joint Administration Requested)
                          Debtors.                :
                                                  :
---------------------------------------------------------------x

### AFFIDAVIT OF AMY TARLOWE
### ON BEHALF OF ALPINE PARTNERS (BVI), L.P. PURSUANT TO
### FEDERAL RULES OF BANKRUPTCY PROCEDURE 1003(a)

I, Amy Tarlowe, being duly sworn, state the following under penalty of perjury:

1.      I make this affidavit on behalf of ALPINE PARTNERS (BVI), L.P.

("Petitioning Creditor") in connection with the above-captioned involuntary chapter 7

cases (the "Bankruptcy Cases") filed by Petitioning Creditor and other petitioning

creditors against Eletson Holdings Inc. ("Eletson Holdings"), Eletson Finance (US) LLC

("Eletson Finance") and Agathonissos Finance LLC ("Eletson MI" and, together with

Eletson Holdings and Eletson Finance, the "Debtors").  I am familiar with the facts set

forth herein through my own personal knowledge or through a review of documents

---

[1]    The Debtors in these chapter 7 cases are:  Eletson Holdings Inc., Eletson Finance (US) LLC, and
       Agathonissos Finance LLC.  The address of the Debtors' corporate headquarters is 118 Kolokotroni
       Street, GR 185 35 Piraeus, Greece.  The Debtors' mailing address is c/o Eletson Maritime, Inc., 1
       Landmark Square, Suite 424, Stamford, Connecticut 06901.

related to Petitioning Creditor's claims against the Debtors.  If called to testify in connection with these Bankruptcy Cases, the following would constitute my testimony.

2.      I am a Chief Operations Officer of the General Partner of ALPINE PARTNERS (BVI), L.P., a Petitioning Creditor of the Debtors.

3.      The Petitioning Creditor holds a claim against the Debtors in the aggregate amount of at least $200,000 (plus applicable interest, fees, and other charges) with regard to the First Preferred Ship Mortgage Notes due January 15, 2022 (the "Notes") issued by the Debtors pursuant to an indenture dated as of July 2, 2018, governing the Notes (the "Indenture").  Petitioning Creditor's holding of the Notes were acquired on December 8, 2022 as reflected in the attached documents. The consideration paid or received by the Petitioning Creditor in connection with each purchase of the Notes is also reflected in the attached documents.

4.      Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing these Bankruptcy Cases.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
        March 7, 2023


                                    /s/ Amy Tarlowe
                                    Amy Tarlowe



# Client Statement
Merrill Lynch Professional Clearing Corp.

## Settled Trade Activity (cont'd)

**Local Currency: USD (USD/USD 1.00000)**

| Settlement Date | Trade Date | Transaction Type | Description | Identifier | Quantity | Price | Interest Purchased (Sold) | Local (Debit)/ Credit (USD) | Base (Debit)/ Credit (USD) | Account Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/22 | 12/08/22 | BUY | ELETSON HD 9.625 01/15/22 SER AI 09.625% JAN 15 2022 T/D A/O 12/08/22 | BN4PTB2 | 200,000 | 1.1132 | | (2,226.40) | (2,226.40) | MARGIN |