1

1

2 UNITED STATES BANKRUPTCY COURT

3 SOUTHERN DISTRICT OF NEW YORK

4 - - - - - - - - - - - - - - - - - - - -x

5 In the Matter of:

6 AGATHONISSOS FINANCE LLC,                    Main Case No.

7       Debtor.                              23-10321-jpm

8 - - - - - - - - - - - - - - - - - - - -x

9 In the Matter of:

10 ELETSON HOLDINGS INC.,                       Main Case No.

11       Debtor.                              23-10322-jpm

12 - - - - - - - - - - - - - - - - - - - -x

13 In the Matter of:

14 ELETSON FINANCE (US) LLC,                    Main Case No.

15       Debtor.                              23-10323-jpm

16 - - - - - - - - - - - - - - - - - - - -x

17          United States Bankruptcy Court

18          One Bowling Green

19          New York, NY 10004

20          April 17, 2023

21          11:02 AM

22 B E F O R E :

23 HON. JOHN P. MASTANDO III

24 U.S. BANKRUPTCY JUDGE

25 ECRO:  JONATHAN

2

1

2   23-10322-jpm Eletson Holdings Inc.

3   Motion for Joint Administration

4

5

6   23-10321-jpm Agathonissos Finance LLC

7   So Ordered Stipulation signed on 3/17/2023 By And Among The

8   Alleged Debtors, The Petitioning Creditors, And Levona

9   Regarding Contested Bankruptcy Proceedings, Arbitration, And

10  Stay Motion. with hearing to be held on 4/17/2023 (check with

11  court for location) (Rodriguez-Castillo, Maria)

12

13  Notice of Hearing /(Hearing Date: April 17, 2023 at 11:00 a.m.)

14  Notice of Hearing of Petitioning Creditors Motion for Entry of

15  an Order Directing Joint Administration of Involuntary

16  Bankruptcy Cases (Hybrid Hearing Attendance in Person or via

17  Zoom for Government) (related document(s)2)

18

19

20  23-10322-jpm Eletson Holdings Inc.

21  So Ordered Stipulation signed on 3/17/2023 By And Among The

22  Alleged Debtors, The Petitioning Creditors, And Levona

23  Regarding Contested Bankruptcy Proceedings, Arbitration, And

24  Stay Motion. with hearing to be held on 4/17/2023 (check with

25  court for location) (Rodriguez-Castillo, Maria)

3

1

2  Notice of Hearing /(Hearing Date: April 17, 2023 at 11:00 a.m.)

3  Notice of Hearing of Petitioning Creditors Motion for Entry of

4  an Order Directing Joint Administration of Involuntary

5  Bankruptcy Cases (Hybrid Hearing Attendance in Person or via

6  Zoom for Government) (related document(s)2)

7

8

9  23-10323-jpm Eletson Finance (US) LLC

10  So Ordered Stipulation signed on 3/17/2023 By And Among The

11  Alleged Debtors, The Petitioning Creditors, And Levona

12  Regarding Contested Bankruptcy Proceedings, Arbitration, And

13  Stay Motion. With hearing to be held on 4/17/2023 (check with

14  court for location) (Rodriguez-Castillo, Maria)

15

16  Notice of Hearing /(Hearing Date: April 17, 2023 at 11:00 a.m.)

17  Notice of Hearing of Petitioning Creditors Motion for Entry of

18  an Order Directing Joint Administration of Involuntary

19  Bankruptcy Cases (Hybrid Hearing Attendance in Person or via

20  Zoom for Government) (related document(s)2)

21

22

23

24

25

4

20  Transcribed by:  River Wolfe

21  eScribers, LLC

22  7227 North 16th Street, Suite #207

23  Phoenix, AZ 85020

24  (800) 257-0885

25  operations@escribers.net

5

1

2   A P P E A R A N C E S:

3   REED SMITH LLP

4        Attorneys for Alleged Debtor Eletson Holdings, Inc.

5        599 Lexington Avenue

6        New York, NY 10022

7

8   BY:   LOUIS M. SOLOMON, ESQ.

9        ANDREW BUCK, ESQ.

10        ALYSSA F. CONN, ESQ.

11        ZACHARY KAYE, ESQ.

12        SAMANTHA KENNEDY, ESQ.

13        CHRISTOPHER C. LOBOSCO, ESQ.

14        DAVID A. PISCIOTTA, ESQ.

15        NANCY L. SAVITT, ESQ.

16        COLIN A. UNDERWOOD, ESQ.

17        HYUNA YONG, ESQ.

18

19

20

21

22

23

24

25

6

1

2   REED SMITH LLP

3         Attorneys for Alleged Debtor Eletson Holdings, Inc.

4         10 South Wacker Drive

5         40th Floor

6         Chicago, IL 60606

7

8   BY:   ANN E. PILLE, ESQ.

9         MICHAEL B. GALIBOIS, ESQ.

10

11

12   REED SMITH LLP

13         Attorneys for Alleged Debtor Eletson Holdings, Inc.

14         1717 Arch Street

15         Philadelphia, PA 19103

16

17   BY:   DEREK J. BAKER, ESQ.

18         JOSHUA M. PELES, ESQ.

19

20

21

22

23

24

25

7

```
 1
 2   REED SMITH LLP
 3        Attorneys for Alleged Debtor Eletson Holdings, Inc.
 4        1201 Market Street
 5        Suite 1500
 6        Wilmington, DE 19801
 7
 8   BY:   AMIR SHACHMUROVE, ESQ.
 9
10
11   REED SMITH LLP
12        Attorneys for Alleged Debtor Eletson Holdings, Inc.
13        225 Fifth Avenue
14        Pittsburgh, PA 15222
15
16   BY:   PAUL M. SINGER, ESQ.
17
18
19
20
21
22
23
24
25
```

1

2   TOGUT, SEGAL & SEGAL LLP

3        Attorneys for Petitioning Creditors

4        One Penn Plaza

5        Suite 3335

6        New York, NY 10119

7

8   BY:   JARED C. BORRIELLO, ESQ.

9        BRYAN M. KOTLIAR, ESQ.

10        KYLE J. ORTIZ, ESQ.

11        BRIAN F. SHAUGHNESSY, ESQ.

12

13

14   DECHERT LLP

15        Attorneys for Wilmington Savings

16        1095 Avenue of the Americas

17        New York, NY 10036

18

19   BY:   STEPHEN D. ZIDE, ESQ.

20

21

22

23

24

25

**ELETSON HOLDINGS INC.**

1              P R O C E E D I N G S

2         THE COURT:  Morning.  Please be seated.

3         All right.  We are here on case number 23-10321, 23-

4    10322, and 23-10323.

5         May I have appearances for the record, please.

6         MS. PILLE:  Your Honor, Ann Pille and Louis Solomon

7    from Reed Smith on behalf of the alleged debtors.

8         THE COURT:  Good morning.

9         MR. ORTIZ:  Good morning, Your Honor.  Kyle Ortiz,

10   Brian Shaughnessy, and Brian Kotliar for the petitioning

11   creditors.  They are Global, Alpine Partners, and Pach Shemen.

12        THE COURT:  Good morning.

13        UNIDENTIFIED SPEAKER:  Morning.

14        MR. ZIDE:  Good morning, Your Honor.  Stephen Zide

15   from Dechert on behalf of Wilmington Savings, the trustee.

16        THE COURT:  Good morning.  Thank you.

17        All right.  Okay.  Why don't we start with the motion

18   for joint administration?

19        MR. ORTIZ:  Morning again, Your Honor.  Kyle Ortiz

20   with Togut, Segal & Segal for the petitioning creditors.

21        Before jumping into that, two quick things that really

22   don't have anything to do with the case, Your Honor.  First,

23   it's my first appearance in front of Your Honor since I joined

24   the bench, and that's something I'm very excited about.  And I

25   look forward to hopefully having many opportunities to address

**ELETSON HOLDINGS INC.**

10

1  interesting questions of law for the next fourteen years, Your

2  Honor.

3        THE COURT:  Great.  Thank you.  I look forward to it

4  as well.

5        MR. ORTIZ:  Yes.  And the second thing, Your Honor, is

6  just out of a kind of overabundance of caution, just want to

7  disclose that we did work together for six years, Weil,

8  Gotshal.  I don't think that's relevant any matter because I

9  left in 2015, I was not nearly as significant a part of the

10  firm as you were, and we were in different departments.  And I

11  think, other than maybe something in recruiting, we never had

12  the opportunity to work together.

13        THE COURT:  Thank you for disclosing that.

14        MR. ORTIZ:  So I just wanted to disclose that.

15        THE COURT:  Okay.  Thank you.

16        MR. ORTIZ:  So with regard to joint administration,

17  Your Honor, we filed the motion at docket 2 in each of the

18  cases.  We filed a affidavit of service showing that we served

19  the motion.  And then we saw that it was going to be on for the

20  hearing today.  We filed the notice of hearing and an affidavit

21  service in connection with that.

22        This motion is purely administrative, Your Honor, to

23  keep the costs down for the parties, to reduce the burden for

24  the Court and for the clerk of court.  There's actually been a

25  fair amount of activity in the case today, even without actual

**ELETSON HOLDINGS INC.**

11

1   notice going out to any parties other than the folks who are in

2   this room today.  So we think it's important as we move

3   forward, and we're hopeful that other parties will be involved,

4   that they'll have an opportunity to do it in a consolidated

5   fashion that just keeps things administratively clean for all

6   parties.

7           I'll note for Your Honor, because we are on a

8   involuntary basis with a gap period, that Rule 1015(b) does

9   contemplate joint administration in involuntary cases.  The

10  rule says by or against a debtor and an affiliate Your

11  Honor can order joint administration.

12          And the last thing I'll say, Your Honor, I just want

13  to be very clear considering the posture of the case that we

14  don't think that this motion and Your Honor entering the order

15  has any substantive impact on the case.  We're, of course, very

16  aware that the debtors, or alleged debtors, are contesting the

17  cases at this current time.  We, of course, are hopeful that

18  they'll eventually consent, and we'll be able to work towards a

19  consensual resolutions.  But we appreciate the posture.  This

20  isn't any sort of gotcha where because join admin got entered

21  it means anything.  We really just think it helps make

22  everybody's lives easier.

23          And in that regard, one of the things that the alleged

24  debtors asked us to do was to change the order so that it says

25  "alleged debtor" as opposed to "debtor".  I don't really think

**ELETSON HOLDINGS INC.**

12

1  the semantics matters, so we're more than happy to do that to

2  make this kind of a smooth process and give them comfort that

3  this isn't anything more than administrative, Your Honor.

4      So that, Your Honor, unless you have any questions, we

5  respectfully request an order entered jointly administering the

6  cases under the Eletson Holdings debtor.

7      THE COURT:  And I believe there was no formal

8  objection filed to the motion though, correct?

9      MR. ORTIZ:  That's correct.

10     THE COURT:  Okay.  Would anyone else like to be heard

11 on the motion at docket number 2, joint administration?

12     MS. PILLE:  Your Honor, Ann Pille on behalf of the

13 alleged debtors.

14     I agree with everything Counsel has said.  We did ask

15 for the change to be made with respect to the nomenclature from

16 "debtors" to "alleged debtors", just to acknowledge the fact

17 that this is conducted involuntary.  But with respect to the

18 motion itself and the substance, we have no objection.

19     THE COURT:  Okay.  Great.  Thank you.

20     So based on that and based on the submission, the

21 Court will grant the motion for joint administration at docket

22 number 2, and we'll look for the revised order to be submitted.

23     MR. ORTIZ:  We'll submit that, Your Honor.  Thank you.

24     THE COURT:  Great.  Thank you.

25     Would you like to turn now to the stipulation

1   regarding the stay motion?

2          MS. PILLE:  Yes, Your Honor.  Ann Pille on behalf of

3   the alleged debtors with respect to the stay relief motion.  As

4   Your Honor may be aware, that stay relief motion was only filed

5   in the Eletson Holdings Inc. case because Eletson Holdings Inc.

6   is the only party to that arbitration, at least amongst the

7   alleged debtors.

8          From our perspective, we have worked pretty

9   collaboratively with petitioning creditors up until now to try

10  to reach a solution that everyone believes is equitable and

11  appropriate.  And that is memorialized in the stipulation that

12  was that entered chambers, which we have also shared with

13  counsel to the trustee this morning.  And counsel has had an

14  opportunity to review that.

15         In terms of substance, as Your Honor is familiar from

16  reviewing the motion, we believe that a substantial portion of

17  the claims in the arbitration are not subject to the automatic

18  stay, but in the interests of compromise, we have reached the

19  stipulation with the petitioning creditors to allow the

20  arbitration to go forward, which everyone, I think -- I hope

21  not speaking out of turn -- believes is in the party -- all the

22  parties' best interest to get a resolution to the arbitration.

23         As Your Honor knows, every party to the arbitration

24  has agreed to arbitrate.  The full dispute within those parties

25  is subject to arbitration, and there are no central claims.

**ELETSON HOLDINGS INC.**

14

1   Those arbitration claims were filed last summer.  They are on a

2   very expedited time schedule.  They are due to go to trial, or

3   at least were due to go to trial, prior to the commencement of

4   these proceedings on April 24th.

5           And so the arbitrator is fully up to speed.  And in

6   the interest of efficiency, we do believe it's appropriate for

7   that proceeding to go forward.  But in order to satisfy the

8   petitioning creditors, we have agreed to bring matters of

9   enforcement back before Your Honor so that Your Honor could

10  fully evaluate the impact, if any, to the estate, to the extent

11  one exists at that time.

12          So I'm happy to entertain any questions Your Honor has

13  with respect to the stipulation or to the arbitration or to

14  allow anyone else to offer their comments.  But from our

15  perspective, we believe that the stipulation is being presented

16  on an uncontested basis.

17          THE COURT:  Okay.  And so the arbitration, any

18  discovery, any appeals, et cetera, would proceed to conclusion?

19          MS. PILLE:  Correct, Your Honor.  We would come back

20  to this Court for enforcement.  But everything short of that

21  could be done by the arbitrator.

22          I will tell Your Honor that, as expressed in the

23  papers, this is a matter of some urgency, at least in our

24  opinion.  And I think everybody is on the same page with

25  respect to that.  Justice Belen, who is the arbitrator, is

**ELETSON HOLDINGS INC.**

1  prepared to see the parties to the arbitration as early as this

2  afternoon, if the Court is so inclined to enter that

3  stipulation, so that the parties to the arbitration to discuss

4  how to get it back on a trial track in relatively short order.

5  So we appreciate the Court's willingness to hear us on this

6  kind of a expedited time basis.

7         THE COURT:  Okay.  Thank you.

8         MS. PILLE:  Sure.

9         THE COURT:  Would anyone else like to be heard in

10  connection with the stipulation related to the stay motion?

11         MR. ORTIZ:  Good afternoon again, Your Honor.  Kyle

12  Ortiz with Togut, Segal & Segal for the petitioning creditors,

13  which I'll be very quick.

14        And well, just to be very clear, the stipulation does

15  resolve our objection.  We were very happy that we were able to

16  get to a consensual resolution with debtors.  That's really how

17  we want to -- at least from our perspective, we're going to try

18  to approach the case and try to reach resolution as much as we

19  can and limit the amount we have to burden the Court with so

20  that we can keep costs down as much as we can.

21        Because from the petitioning creditors' perspective,

22  and we hope it's a shared perspective with the debtors, we want

23  to make sure that we're maximizing value for the benefit of

24  creditors.  We do think that the stipulation and it's allowing

25  the matter to go forward, except with regard to enforcement,

**ELETSON HOLDINGS INC.**

16

1   helps ensure that that happens.

2          And I also think it's actually a very helpful

3   stipulation because it will resolve potential uncertainty in

4   the case, assuming the cases ultimately go forward.  This is

5   very similar to something we did in a case a couple of years

6   ago in front of Judge Wiles called Pacific Drilling, where

7   serving as debtors' counsel, we filed a first day lift stay so

8   that an arbitration could go forward that involved a dispute

9   about a new build for a deep sea drilling vessel.  And the

10  outcome of that arbitration would have roughly a 260-million-

11  dollar swing on whether or not that asset is coming into the

12  estate or out, and resolving that uncertainty was important.

13         I don't think the dollars are quite as big in this

14  case, but I do think that is a big uncertainty, particularly to

15  the extent that it ultimately is determined to be property of

16  the estate.  So I think it's helpful and something we're happy

17  to see that this is ultimately going to go forward at some

18  point.

19         I'll acknowledge, as counsel said, it takes two to

20  tango.  So we do appreciate the debtors' willingness to reach a

21  consensual resolution to move this process forward.

22         Really, from our perspective, the only reason we need

23  to be here today is because we're not the only party.  I don't

24  know if others got notice in the case, but to the extent that

25  they ultimately became aware of the case that this hearing

1  existed so that there's an opportunity for anybody else that

2  wants to be heard because this is obviously a collective

3  proceeding.  It's not just a proceeding among these parties.

4  And I raise this really more as we look forward to the

5  motion to dismiss, because the motion to dismiss has been

6  filed, Your Honor.  There is an affidavit of service, and that

7  likewise had, I think, notice only on us and the trustee.  And

8  it's not for today.  That's, I think, something we'll hopefully

9  be able to work out in connection with a scheduling order on

10  the motion to dismiss.  But I do think it will be important at

11  some point in this case for other parties that are interested

12  to have an opportunity to weigh in.

13  But with regard to this motion, at least from the

14  petitioning creditors' perspective, we're happy that we're able

15  to get to a consensual resolution that moves things forward

16  that helps resolve this potential uncertainty that we think

17  will make hopefully plan conversations at some point in the

18  future.  And we'll have all the information we need for those.

19  So with that, Your Honor, that's all we had to say.

20  THE COURT:  Great.  Thank you.

21  MR. ORTIZ:  Thank you.

22  THE COURT:  Would anyone else like to be heard?

23  MR. ZIDE:  Yes.  Thank you, Your Honor.  Stephen Zide

24  from Dechert on behalf of Wilmington Savings, the trustee for

25  the funds at issue here.

**ELETSON HOLDINGS INC.**

18

1        Just very briefly, I just want to point out there were

2  some statements here that the trustee was served with this.  We

3  were not served.  I think you were referring to the U.S.

4  Trustee.  So to the extent there are pleadings that need to be

5  filed in this case on a go-forward basis, I would request that

6  parties please serve Wilmington Savings as the trustee of the

7  funds here.

8        Obviously, we were aware of this.  We've been

9  following the docket.  So I'm not going to say we didn't know

10  about this motion.  But we were not properly served.

11        We have no objection to this.  This stipulation looks

12  fine to us.  I would say we were happy to see that there is a

13  stay for enforcement of the judgment.  We did have some

14  concerns with transfers.  There were some statements in the

15  motion that was filed by the alleged debtors here that some of

16  these assets may be transferred to a nominee.

17        We also had some correspondence with debtors prior to

18  the case, which just gave us some concern.  So we're very happy

19  that that has been inserted in the stay order.  Thank you, Your

20  Honor.

21        THE COURT:  Great.  Thank you.

22        Okay.  Does anyone else want to be heard in connection

23  with the stipulation related to the stay relief motion?

24        Okay.  Based on the presentations and having reviewed

25  the order, the Court will so order the stipulation and order

1   granting alleged debtors' motion for relief from stay to

2   proceed with or to confirm the applicability of the automatic

3   state to pre-petition arbitration proceedings.  We will so

4   order the stipulation.

5          Now, in connection with the motion to dismiss, I think

6   we had set a date, but we may need to move that a few days if

7   that's something the parties wish to discuss now.

8          MS. PILLE:  Your Honor, Ann Pille on behalf of the

9   alleged debtors.

10         THE COURT:  Okay.

11         MS. PILLE:  We have had discussions with the

12  petitioning creditors --

13         THE COURT:  Okay.

14         MS. PILLE:  -- about the hearing on the motion to

15  dismiss.  We had a, I would say, productive conversation on

16  Friday with them about various housekeeping matters.  We do

17  plan to engage in discussions over the next day or two --

18         THE COURT:  Okay.

19         MS. PILLE:  -- about possible amendments to that

20  scheduling order and possibly presenting to the Court a

21  stipulation similar to the motion that we did on the motion for

22  stay relief that sets discovery guidelines and that revised

23  hearing date.  But those discussions are ongoing, and we do --

24         THE COURT:  Okay.  Great.

25         MS. PILLE:  -- believe that we'll be able to reach an

20

1   agreement.

2            THE COURT:  Okay.  And you can reach out to chambers

3   for hearing dates or any other dates you need from the court.

4   I think we had set something for May 23rd but --

5            MS. PILLE:  That's correct.

6            THE COURT:  -- that would need to adjourn, but we

7   could get another date around the same time.  Just, the 23rd

8   would work.

9            MS. PILLE:  Yes.  And Your Honor, as soon as we have

10  an understanding between the parties as to what types of

11  discovery the parties anticipate that they'll need, then we'll

12  be happy to communicate to the Court approximately how long out

13  we think that a hearing would be appropriate.

14           THE COURT:  Okay.  Great.  Thank you very much.

15           MS. PILLE:  Your Honor, my colleague Mr. Solomon

16  advises me that Justice Belen, because he is prepared to hear

17  the parties back in the arbitration as soon as this afternoon,

18  is asking for the entry of an order on the motion for stay

19  relief.  And we're happy to wait until the Court is prepared to

20  provide that so we can provide it to Justice Belen this

21  afternoon.

22           THE COURT:  The so ordering of the stipulation?

23           MS. PILLE:  Correct.

24           THE COURT:  Yeah, we can enter that right away.

25           MS. PILLE:  Thank you.

**ELETSON HOLDINGS INC.**

21

1          THE COURT:  Yeah.  Of course.  It doesn't need to be

2    revised at all or anything based on today, right?

3          MS. PILLE:  No.

4          THE COURT:  Not from what I could tell.  Okay.

5          MS. PILLE:  I think it's fine.  Yes.

6          THE COURT:  Great.  Thank you.

7          Anything else for today?

8          Okay.  Great.  We are adjourned.  Thank you, everyone.

9       (Whereupon these proceedings were concluded at 11:18 AM)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

22

1

2                        I N D E X

3  RULINGS:                                    PAGE    LINE

4  Petitioning creditors' motion for            12      20

5  joint administration is granted

6  Alleged debtor's motion for relief           18      24

7  from stay is granted

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

23

1

2                              C E R T I F I C A T I O N

3

4    I, River Wolfe, certify that the foregoing transcript is a true

5    and accurate record of the proceedings.

6

7

8

9    _____

10   River Wolfe (CDLT-265)

11   TTA-Certified Digital Legal Transcriber

12

13   eScribers

14   7227 North 16th Street, Suite #207

15   Phoenix, AZ 85020

16

17   Date:  May 3, 2023

18

19

20

21

22

23

24

25

23-10322-jpm    Doc 63    Filed 05/03/23    Entered 05/11/23 09:53:34    Main Document
In the Matter of: ELETSON HOLDINGS INC. Pg 24 of 27

April 17, 2023

## A

able (5)
  11:18;15:15;17:9,
  14;19:25
acknowledge (2)
  12:16;16:19
activity (1)
  10:25
actual (1)
  10:25
actually (2)
  10:24;16:2
address (1)
  9:25
adjourn (1)
  20:6
adjourned (1)
  21:8
admin (1)
  11:20
administering (1)
  12:5
administration (6)
  9:18;10:16;11:9,11;
  12:11,21
administrative (2)
  10:22;12:3
administratively (1)
  11:5
advises (1)
  20:16
affidavit (3)
  10:18,20;17:6
affiliate (1)
  11:10
afternoon (4)
  15:2,11;20:17,21
again (2)
  9:19;15:11
against (1)
  11:10
ago (1)
  16:6
agree (1)
  12:14
agreed (2)
  13:24;14:8
agreement (1)
  20:1
Alleged (15)
  6:3,13;7:3,12;9:7;
  11:16,23,25;12:13,16;
  13:3,7;18:15;19:1,9
allow (2)
  13:19;14:14
allowing (1)
  15:24
Alpine (1)
  9:11
amendments (1)
  19:19
Americas (1)
  8:16
AMIR (1)
  7:8
among (1)
  17:3
amongst (1)
  13:6
amount (2)
  10:25;15:19
ANN (5)
  6:8;9:6;12:12;13:2;
  19:8
anticipate (1)
  20:11
appeals (1)
  14:18
appearance (1)
  9:23
appearances (1)
  9:5
applicability (1)
  19:2
appreciate (3)
  11:19;15:5;16:20
approach (1)
  15:18
appropriate (3)
  13:11;14:6;20:13
approximately (1)
  20:12
April (1)
  14:4
arbitrate (1)
  13:24
arbitration (15)
  13:6,17,20,22,23,
  25;14:1,13,17;15:1,3;
  16:8,10;19:3;20:17
arbitrator (3)
  14:5,21,25
Arch (1)
  6:14
around (1)
  20:7
asset (1)
  16:11
assets (1)
  18:16
assuming (1)
  16:4
Attorneys (6)
  6:3,13;7:3,12;8:3,
  15
automatic (2)
  13:17;19:2
Avenue (2)
  7:13;8:16
aware (4)
  11:16;13:4;16:25;
  18:8
away (1)
  20:24

## B

back (4)
  14:9,19;15:4;20:17
BAKER (1)
  6:17
based (4)
  12:20,20;18:24;
  21:2
basis (4)
  11:8;14:16;15:6;
  18:5
became (1)
  16:25
behalf (6)
  9:7,15;12:12;13:2;
  17:24;19:8
Belen (3)
  14:25;20:16,20
believes (2)
  13:10,21
bench (1)
  9:24
benefit (1)
  15:23
best (1)
  13:22
big (2)
  16:13,14
BORRIELLO (1)
  8:8
BRIAN (3)
  8:11;9:10,10
briefly (1)
  18:1
bring (1)
  14:8
BRYAN (1)
  8:9
build (1)
  16:9
burden (2)
  10:23;15:19

## C

called (1)
  16:6
can (7)
  11:11;15:19,20,20;
  20:2,20,24
case (15)
  9:3,22;10:25;11:13,
  15;13:5;15:18;16:4,5,
  14,24,25;17:11;18:5,
  18
cases (5)
  10:18;11:9,17;12:6;
  16:4
caution (1)
  10:6
central (1)

13:25
cetera (1)
  14:18
chambers (2)
  13:12;20:2
change (2)
  11:24;12:15
Chicago (1)
  6:6
claims (3)
  13:17,25;14:1
clean (1)
  11:5
clear (2)
  11:13;15:14
clerk (1)
  10:24
collaboratively (1)
  13:9
colleague (1)
  20:15
collective (1)
  17:2
comfort (1)
  12:2
coming (1)
  16:11
commencement (1)
  14:3
comments (1)
  14:14
communicate (1)
  20:12
compromise (1)
  13:18
concern (1)
  18:18
concerns (1)
  18:14
concluded (1)
  21:9
conclusion (1)
  14:18
conducted (1)
  12:17
confirm (1)
  19:2
connection (5)
  10:21;15:10;17:9;
  18:22;19:5
consensual (4)
  11:19;15:16;16:21;
  17:15
consent (1)
  11:18
considering (1)
  11:13
consolidated (1)
  11:4
contemplate (1)
  11:9
contesting (1)
  11:16

conversation (1)
  19:15
conversations (1)
  17:17
correspondence (1)
  18:17
costs (2)
  10:23;15:20
Counsel (5)
  12:14;13:13,13;
  16:7,19
couple (1)
  16:5
course (3)
  11:15,17;21:1
COURT (40)
  9:2,8,12,16;10:3,13,
  15,24,24;12:7,10,19,
  21,24;14:17,20;15:2,
  7,9,19;17:20,22;
  18:21,25;19:10,13,18,
  20,24;20:2,3,6,12,14,
  19,22,24;21:1,4,6
Court's (1)
  15:5
Creditors (9)
  8:3;9:11,20;13:9,
  19;14:8;15:12,24;
  19:12
creditors' (2)
  15:21;17:14
current (1)
  11:17

## D

date (3)
  19:6,23;20:7
dates (2)
  20:3,3
day (2)
  16:7;19:17
days (1)
  19:6
DE (1)
  7:6
Debtor (8)
  6:3,13;7:3,12;
  11:10,25,25;12:6
debtors (14)
  9:7;11:16,16,24;
  12:13,16,16;13:3,7;
  15:16,22;18:15,17;
  19:9
debtors' (3)
  16:7,20;19:1
DECHERT (3)
  8:14;9:15;17:24
deep (1)
  16:9
departments (1)
  10:10
DEREK (1)

23-10322-jpm    Doc 63    Filed 05/03/23    Entered 05/11/23 09:53:34    Main Document
In the Matter of: ELETSON HOLDINGS INC. Pg 25 of 27

April 17, 2023

6:17
**determined (1)**
    16:15
**different (1)**
    10:10
**disclose (2)**
    10:7,14
**disclosing (1)**
    10:13
**discovery (3)**
    14:18;19:22;20:11
**discuss (2)**
    15:3;19:7
**discussions (3)**
    19:11,17,23
**dismiss (5)**
    17:5,5,10;19:5,15
**dispute (2)**
    13:24;16:8
**docket (4)**
    10:17;12:11,21;
    18:9
**dollar (1)**
    16:11
**dollars (1)**
    16:13
**done (1)**
    14:21
**down (2)**
    10:23;15:20
**Drilling (2)**
    16:6,9
**Drive (1)**
    6:4
**due (2)**
    14:2,3

**E**

**early (1)**
    15:1
**easier (1)**
    11:22
**efficiency (1)**
    14:6
**Eletson (7)**
    6:3,13;7:3,12;12:6;
    13:5,5
**else (7)**
    12:10;14:14;15:9;
    17:1,22;18:22;21:7
**enforcement (4)**
    14:9,20;15:25;
    18:13
**engage (1)**
    19:17
**ensure (1)**
    16:1
**enter (2)**
    15:2;20:24
**entered (3)**
    11:20;12:5;13:12
**entering (1)**

11:14
**entertain (1)**
    14:12
**entry (1)**
    20:18
**equitable (1)**
    13:10
**ESQ (11)**
    6:8,9,17,18;7:8,16;
    8:8,9,10,11,19
**estate (3)**
    14:10;16:12,16
**et (1)**
    14:18
**evaluate (1)**
    14:10
**even (1)**
    10:25
**eventually (1)**
    11:18
**everybody (1)**
    14:24
**everybody's (1)**
    11:22
**everyone (3)**
    13:10,20;21:8
**except (1)**
    15:25
**excited (1)**
    9:24
**existed (1)**
    17:1
**exists (1)**
    14:11
**expedited (2)**
    14:2;15:6
**expressed (1)**
    14:22
**extent (4)**
    14:10;16:15,24;
    18:4

**F**

**fact (1)**
    12:16
**fair (1)**
    10:25
**familiar (1)**
    13:15
**fashion (1)**
    11:5
**few (1)**
    19:6
**Fifth (1)**
    7:13
**filed (10)**
    10:17,18,20;12:8;
    13:4;14:1;16:7;17:6;
    18:5,15
**fine (2)**
    18:12;21:5
**firm (1)**

10:10
**First (3)**
    9:22,23;16:7
**Floor (1)**
    6:5
**folks (1)**
    11:1
**following (1)**
    18:9
**formal (1)**
    12:7
**forward (12)**
    9:25;10:3;11:3;
    13:20;14:7;15:25;
    16:4,8,17,21;17:4,15
**fourteen (1)**
    10:1
**Friday (1)**
    19:16
**front (2)**
    9:23;16:6
**full (1)**
    13:24
**fully (2)**
    14:5,10
**funds (2)**
    17:25;18:7
**future (1)**
    17:18

**G**

**GALIBOIS (1)**
    6:9
**gap (1)**
    11:8
**gave (1)**
    18:18
**Global (1)**
    9:11
**go-forward (1)**
    18:5
**Good (6)**
    9:8,9,12,14,16;
    15:11
**gotcha (1)**
    11:20
**Gotshal (1)**
    10:8
**grant (1)**
    12:21
**granting (1)**
    19:1
**Great (9)**
    10:3;12:19,24;
    17:20;18:21;19:24;
    20:14;21:6,8
**guidelines (1)**
    19:22

**H**

**happens (1)**

16:1
**happy (9)**
    12:1;14:12;15:15;
    16:16;17:14;18:12,
    18;20:12,19
**hear (2)**
    15:5;20:16
**heard (5)**
    12:10;15:9;17:2,22;
    18:22
**hearing (7)**
    10:20,20;16:25;
    19:14,23;20:3,13
**helpful (2)**
    16:2,16
**helps (3)**
    11:21;16:1;17:16
**Holdings (7)**
    6:3,13;7:3,12;12:6;
    13:5,5
**Honor (35)**
    9:6,9,14,19,22,23;
    10:2,5,17,22;11:7,11,
    12,14;12:3,4,12,23;
    13:2,4,15,23;14:9,9,
    12,19,22;15:11;17:6,
    19,23;18:20;19:8;
    20:9,15
**hope (2)**
    13:20;15:22
**hopeful (1)**
    11:3,17
**hopefully (3)**
    9:25;17:8,17
**housekeeping (1)**
    19:16

**I**

**IL (1)**
    6:6
**impact (2)**
    11:15;14:10
**important (3)**
    11:2;16:12;17:10
**Inc (6)**
    6:3,13;7:3,12;13:5,
    5
**inclined (1)**
    15:2
**information (1)**
    17:18
**inserted (1)**
    18:19
**interest (2)**
    13:22;14:6
**interested (1)**
    17:11
**interesting (1)**
    10:1
**interests (1)**
    13:18
**into (2)**

9:21;16:11
**involuntary (3)**
    11:8,9;12:17
**involved (2)**
    11:3;16:8
**issue (1)**
    17:25

**J**

**JARED (1)**
    8:8
**join (1)**
    11:20
**joined (1)**
    9:23
**joint (6)**
    9:18;10:16;11:9,11;
    12:11,21
**jointly (1)**
    12:5
**JOSHUA (1)**
    6:18
**Judge (1)**
    16:6
**judgment (1)**
    18:13
**jumping (1)**
    9:21
**Justice (3)**
    14:25;20:16,20

**K**

**keep (2)**
    10:23;15:20
**keeps (1)**
    11:5
**kind (3)**
    10:6;12:2;15:6
**knows (1)**
    13:23
**KOTLIAR (2)**
    8:9;9:10
**KYLE (4)**
    8:10;9:9,19;15:11

**L**

**last (2)**
    11:12;14:1
**law (1)**
    10:1
**least (5)**
    13:6;14:3,23;15:17;
    17:13
**left (1)**
    10:9
**lift (1)**
    16:7
**likewise (1)**
    17:7
**limit (1)**

15:19

**lives (1)**
11:22

**LLP (6)**
6:2,12;7:2,11;8:2,
14

**long (1)**
20:12

**look (4)**
9:25;10:3;12:22;
17:4

**looks (1)**
18:11

**Louis (1)**
9:6

**M**

**many (1)**
9:25

**Market (1)**
7:4

**matter (3)**
10:8;14:23;15:25

**matters (3)**
12:1;14:8;19:16

**maximizing (1)**
15:23

**May (5)**
9:5;13:4;18:16;
19:6;20:4

**maybe (1)**
10:11

**means (1)**
11:21

**memorialized (1)**
13:11

**MICHAEL (1)**
6:9

**more (3)**
12:1,3;17:4

**Morning (9)**
9:2,8,9,12,13,14,16,
19;13:13

**motion (27)**
9:17;10:17,19,22;
11:14;12:8,11,18,21;
13:1,3,4,16;15:10;
17:5,5,10,13;18:10,
15,23;19:1,5,14,21,
21;20:18

**move (3)**
11:2;16:21;19:6

**moves (1)**
17:15

**much (3)**
15:18,20;20:14

**N**

**nearly (1)**
10:9

**need (8)**

16:22;17:18;18:4;
19:6;20:3,6,11;21:1

**New (3)**
8:6,17;16:9

**next (2)**
10:1;19:17

**nomenclature (1)**
12:15

**nominee (1)**
18:16

**note (1)**
11:7

**notice (4)**
10:20;11:1;16:24;
17:7

**number (3)**
9:3;12:11,22

**NY (2)**
8:6,17

**O**

**objection (4)**
12:8,18;15:15;
18:11

**obviously (2)**
17:2;18:8

**offer (1)**
14:14

**One (3)**
8:4;11:23;14:11

**ongoing (1)**
19:23

**only (5)**
13:4,6;16:22,23;
17:7

**opinion (1)**
14:24

**opportunities (1)**
9:25

**opportunity (5)**
10:12;11:4;13:14;
17:1,12

**opposed (1)**
11:25

**order (15)**
11:11,14,24;12:5,
22;14:7;15:4;17:9;
18:19,25,25,25;19:4,
20;20:18

**ordering (1)**
20:22

**ORTIZ (13)**
8:10;9:9,9,19,19;
10:5,14,16;12:9,23;
15:11,12;17:21

**others (1)**
16:24

**out (8)**
10:6;11:1;13:21;
16:12;17:9;18:1;20:2,
12

**outcome (1)**

16:10

**over (1)**
19:17

**overabundance (1)**
10:6

**P**

**PA (2)**
6:15;7:14

**Pach (1)**
9:11

**Pacific (1)**
16:6

**page (1)**
14:24

**papers (1)**
14:23

**part (1)**
10:9

**particularly (1)**
16:14

**parties (14)**
10:23;11:1,3,6;
13:24;15:1,3;17:3,11;
18:6;19:7;20:10,11,
17

**parties' (1)**
13:22

**Partners (1)**
9:11

**party (4)**
13:6,21,23;16:23

**PAUL (1)**
7:16

**PELES (1)**
6:18

**Penn (1)**
8:4

**period (1)**
11:8

**perspective (7)**
13:8;14:15;15:17,
21,22;16:22;17:14

**Petitioning (10)**
8:3;9:10,20;13:9,
19;14:8;15:12,21;
17:14;19:12

**Philadelphia (1)**
6:15

**PILLE (22)**
6:8;9:6,6;12:12,12;
13:2,2;14:19;15:8;
19:8,8,11,14,19,25;
20:5,9,15,23,25;21:3,
5

**Pittsburgh (1)**
7:14

**plan (2)**
17:17;19:17

**Plaza (1)**
8:4

**pleadings (1)**

18:4

**Please (3)**
9:2,5;18:6

**point (4)**
16:18;17:11,17;
18:1

**portion (1)**
13:16

**possible (1)**
19:19

**possibly (1)**
19:20

**posture (2)**
11:13,19

**potential (2)**
16:3;17:16

**prepared (3)**
15:1;20:16,19

**pre-petition (1)**
19:3

**presentations (1)**
18:24

**presented (1)**
14:15

**presenting (1)**
19:20

**pretty (1)**
13:8

**prior (2)**
14:3;18:17

**proceed (2)**
14:18;19:2

**proceeding (3)**
14:7;17:3,3

**proceedings (3)**
14:4;19:3;21:9

**process (2)**
12:2;16:21

**productive (1)**
19:15

**properly (1)**
18:10

**property (1)**
16:15

**provide (2)**
20:20,20

**purely (1)**
10:22

**Q**

**quick (2)**
9:21;15:13

**quite (1)**
16:13

**R**

**raise (1)**
17:4

**reach (5)**
13:10;15:18;16:20;
19:25;20:2

**reached (1)**
13:18

**really (6)**
9:21;11:21,25;
15:16;16:22;17:4

**reason (1)**
16:22

**record (1)**
9:5

**recruiting (1)**
10:11

**reduce (1)**
10:23

**REED (5)**
6:2,12;7:2,11;9:7

**referring (1)**
18:3

**regard (4)**
10:16;11:23;15:25;
17:13

**regarding (1)**
13:1

**related (2)**
15:10;18:23

**relatively (1)**
15:4

**relevant (1)**
10:8

**relief (6)**
13:3,4;18:23;19:1,
22;20:19

**request (2)**
12:5;18:5

**resolution (5)**
13:22;15:16,18;
16:21;17:15

**resolutions (1)**
11:19

**resolve (3)**
15:15;16:3;17:16

**resolving (1)**
16:12

**respect (5)**
12:15;17:13:3;
14:13,25

**respectfully (1)**
12:5

**review (1)**
13:14

**reviewed (1)**
18:24

**reviewing (1)**
13:16

**revised (3)**
12:22;19:22;21:2

**right (4)**
9:3,17;20:24;21:2

**room (1)**
11:2

**roughly (1)**
16:10

**Rule (2)**
11:8,10

April 17, 2023

## S

same (2)
14:24;20:7
satisfy (1)
14:7
Savings (4)
8:15;9:15;17:24;
18:6
saw (1)
10:19
schedule (1)
14:2
scheduling (2)
17:9;19:20
sea (1)
16:9
seated (1)
9:2
second (1)
10:5
SEGAL (6)
8:2,2;9:20,20;
15:12,12
semantics (1)
12:1
serve (1)
18:6
served (4)
10:18;18:2,3,10
service (3)
10:18,21;17:6
serving (1)
16:7
set (2)
19:6;20:4
sets (1)
19:22
SHACHMUROVE (1)
7:8
shared (2)
13:12;15:22
SHAUGHNESSY (2)
8:11;9:10
Shemen (1)
9:11
short (2)
14:20;15:4
showing (1)
10:18
significant (1)
10:9
similar (2)
16:5;19:21
SINGER (1)
7:16
six (1)
10:7
SMITH (5)
6:2,12;7:2,11;9:7
smooth (1)
12:2

Solomon (2)
9:6;20:15
solution (1)
13:10
soon (2)
20:9,17
sort (1)
11:20
South (1)
6:4
SPEAKER (1)
9:13
speaking (1)
13:21
speed (1)
14:5
start (1)
9:17
state (1)
19:3
statements (2)
18:2,14
stay (12)
13:1,3,4,18;15:10;
16:7;18:13,19,23;
19:1,22;20:18
STEPHEN (3)
8:19;9:14;17:23
stipulation (16)
12:25;13:11,19;
14:13,15;15:3,10,14,
24;16:3;18:11,23,25;
19:4,21;20:22
Street (2)
6:14;7:4
subject (2)
13:17,25
submission (1)
12:20
submit (1)
12:23
submitted (1)
12:22
substance (2)
12:18;13:15
substantial (1)
13:16
substantive (1)
11:15
Suite (2)
7:5;8:5
summer (1)
14:1
Sure (2)
15:8,23
swing (1)
16:11

## T

tango (1)
16:20
terms (1)

13:15
though (1)
12:8
today (7)
10:20,25;11:2;
16:23;17:8;21:2,7
together (2)
10:7,12
TOGUT (3)
8:2;9:20;15:12
towards (1)
11:18
track (1)
15:4
transferred (1)
18:16
transfers (1)
18:14
trial (3)
14:2,3;15:4
trustee (7)
9:15;13:13;17:7,24;
18:2,4,6
try (2)
13:9;15:17,18
turn (2)
12:25;13:21
two (3)
9:21;16:19;19:17
types (1)
20:10

## U

ultimately (4)
16:4,15,17,25
uncertainty (4)
16:3,12,14;17:16
uncontested (1)
14:16
under (1)
12:6
UNIDENTIFIED (1)
9:13
unless (1)
12:4
up (2)
13:9;14:5
urgency (1)
14:23

## V

value (1)
15:23
various (1)
19:16
vessel (1)
16:9

## W

Wacker (1)

6:4
wait (1)
20:19
wants (1)
17:2
weigh (1)
17:12
Weil (1)
10:7
Whereupon (1)
21:9
Wiles (1)
16:6
willingness (2)
15:5;16:20
Wilmington (5)
7:6;8:15;9:15;
17:24;18:6
wish (1)
19:7
within (1)
13:24
without (1)
10:25
work (5)
10:7,12;11:18;17:9;
20:8
worked (1)
13:8

## Y

years (3)
10:1,7;16:5
York (2)
8:6,17

## Z

ZIDE (5)
8:19;9:14,14;17:23,
23

## 1

10 (1)
6:4
10036 (1)
8:17
10119 (1)
8:6
1015b (1)
11:8
10322 (1)
9:4
1095 (1)
8:16
11:18 (1)
21:9
1201 (1)
7:4
1500 (1)
7:5

15222 (1)
7:14
1717 (1)
6:14
19103 (1)
6:15
19801 (1)
7:6

## 2

2 (3)
10:17;12:11,22
2015 (1)
10:9
225 (1)
7:13
23- (1)
9:3
23-10321 (1)
9:3
23-10323 (1)
9:4
23rd (2)
20:4,7
24th (1)
14:4
260-million- (1)
16:10

## 3

3335 (1)
8:5

## 4

40th (1)
6:5

## 6

60606 (1)
6:6