UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                      :    Chapter 11
                                           :
ELETSON HOLDINGS INC. *et al.*,            :    Case No. 23-10322 (JPM)
                                           :
                        Debtors.[1]        :    (Jointly Administered)
---------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Eletson Holdings Inc. and its affiliated debtors-in-possession:

1.  Gene B. Goldstein
    19801 Linnet Street
    Woodland Hills, CA 91364
    Telephone: (818) 621-6088
    E-mail: xfixer4u@yahoo.com

2.  Aegean Baltic Bank S.A.
    91 Megalou Alexandrou Street & 25th Martiou Street
    15124 Maroussi, Athens, Greece
    Telephone: +302106234110
    E-Mail: special.credits@ab-bank.com

---

[1] The Debtors in these chapter 11 cases are: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. The address of the Debtors' corporate headquarters is 118 Kolokotroni Street, GR 185 35 Piraeus, Greece. The Debtors' mailing address is c/o Eletson Maritime, Inc., 1 Landmark Square, Suite 424, Stamford, Connecticut 06901.

3. Wilmington Savings Fund Society, FSB, as Indenture Trustee
   501 Carr Road, Suite 100
   Wilmington, DE 19809
   Attention: Patrick J. Healy, Senior Vice President
   Telephone: (302) 888-7420
   E-Mail: phealy@wsfsbank.com

Dated: New York, New York
       October 20, 2023

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

By: */s/ Daniel Rudewicz*
     Paul Schwartzberg
     Daniel Rudewicz
     Trial Attorneys
     Office of the United States Trustee - NY
     Alexander Hamilton Custom House
     One Bowling Green, Room 534
     New York, New York 10004
     Tel. No. (212) 510-0500