**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
: 
In re: : Chapter 11
:
ELETSON HOLDINGS INC., *et al.*, : Case No. 23-10322 (JPM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------- X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Perkins Coie LLP hereby enters its appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases"), as counsel to Wilmington Savings Fund Society, FSB ("WSFS"), as Trustee and Collateral Agent under the Indenture, dated as of July 2, 2018 (as the same may be amended from time to time), among Eletson Holdings Inc. (the "Company"), Eletson Finance (US) LLC ("Eletson Finance"), Agathonissos Finance LLC ("Eletson MI," and together with the Company and Eletson Finance, the "Co-Issuers"), WSFS, as Trustee (the "Trustee") and Collateral Agent (the "Collateral Agent"), and the Guarantors (as defined therein), pursuant to which the Co-Issuers issued their 9.625% First Preferred Ship Mortgage Notes Due 2022; and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in the Chapter 11 Cases be given and served upon the persons listed below at the respective following addresses:

> Patrick J. Healy
> Senior Vice President and Director
> Global Capital Markets
> WSFS Institutional Services
> 500 Delaware
> Wilmington, DE 19801
> Telephone (302) 888-7420
> Email: PHealy@wsfsbank.com

---

[1] The Debtors in these chapter 11 cases are Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC.

-and-

Tina N. Moss, Esq.
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Telephone: (212) 262-6910
Fax: (212) 977-1648
Email: TMoss@perkinscoie.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit, is intended or shall be deemed or construed as a waiver of WSFS's right (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: November 21, 2023
      New York, New York

Respectfully submitted,

**PERKINS COIE LLP**

/s/ Tina N. Moss
Tina N. Moss, Esq.
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6900
Fax: (212) 977-1648
Email: TMoss@perkinscoie.com

*Counsel to Wilmington Savings Fund Society, FSB, as Trustee and Collateral Agent*