John H. Bae, Esq.
THOMPSON HINE LLP
300 Madison Avenue, 27th Floor
New York, New York 10017
Telephone: 212-344-5680
Facsimile: 212-344-6101
John.Bae@ThompsonHine.com

*Attorney for Deutsche Bank Trust Company Americas
as Indenture Trustee under the 2013 Indenture for the 9.625%
First Preferred Ship Mortgage Notes Due 2022*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ELETSON HOLDINGS INC., *et al.*, | Case No. 23-10322 (JPM) |
| Debtors[1] | Jointly Administered |

### JOINDER OF DEUTSCHE BANK TRUST COMPANY AMERICAS IN ITS CAPACITY AS INDENTURE TRUSTEE UNDER THE 2013 NOTES INDENTURE TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER APPOINTING A CHAPTER 11 TRUSTEE

Deutsche Bank Trust Company Americas (the "2013 Notes Trustee"), in its capacity as Indenture Trustee under the Indenture dated as of December 19, 2013 (the "Indenture"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to the *Motion of the Official Committee of Unsecured Creditors for an Order Appointing a Chapter 11 Trustee* [Dkt. No. 394] (the "Trustee Motion"). In support of the Joinder, the 2013 Notes Trustee states as follows:

---

[1] The Debtors in these chapter 11 cases are Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. The address of the Debtors' corporate headquarters is 118 Kolokotroni Street, GR 185 35 Piraeus, Greece. The Debtors' mailing address is c/o Eletson Maritime, Inc., 1 Landmark Square, Suite 424, Stamford, Connecticut 06901.

## Joinder

1. The 2013 Notes Trustee is the Indenture Trustee under the Indenture, pursuant to which Eletson Holdings, Inc. ("Holdings") and Eletson Finance (US) LLC ("Finance," together, the "Co-Issuers") issued the notes under the Indenture in the original face amount of $300 million (the "Old Notes"). On or about May 25, 2018, the Co-Issuers commenced an offer to exchange the Old Notes for new notes. Approximately 98.8% of the holders of the Old Notes agreed to exchange their Old Notes for new notes. Holders of the Old Notes in the face amount of $3,701,000.00 did not participate in the exchange offer and continue to hold the Old Notes under the Indenture. As such, the holders of Old Notes remain creditors of the estates of Holdings and Finance.

2. On February 6, 2024, the Official Committee of Unsecured Creditors of Holdings, Finance, and Agathonissos Finance LLC, of which the 2013 Notes Trustee is an *ex officio* member, filed the Trustee Motion, seeking the appointment of a chapter 11 trustee pursuant to section 1104 of title 11 of the United States Code and Rule 2007.1 of the Federal Rules of Bankruptcy Procedure.

3. For the reasons set forth in the Trustee Motion, the appointment of a chapter 11 trustee is necessary in these chapter 11 cases to maximize the value of these estates for the benefit of creditors.

**WHEREFORE,** the 2013 Notes Trustee respectfully requests the Court grant the Trustee Motion, and grant such other and further relief as is just.

| | |
|---|---|
| Dated: February 12, 2024<br>New York, New York | Respectfully Submitted,<br>By: /s/ *John H. Bae*<br>John H. Bae, Esq.<br>THOMPSON HINE LLP<br>300 Madison Avenue, 27th Floor<br>New York, New York 10017<br>Telephone: 212-344-5680<br>Facsimile: 212-344-6101<br><br>John.Bae@ThompsonHine.com<br><br>*Attorney for Deutsche Bank Trust Company Americas as Trustee under the 2013 Indenture for the 9.625% First Preferred Ship Mortgage Notes Due 2022* |