SIDLEY AUSTIN LLP
William E. Curtin
Duston K. McFaul
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839 5300
Facsimile: (212) 839 5599
Email: wcurtin@sidley.com
dmcfaul@sidley.com

*Counsel for Fentalon Ltd., Apargo Ltd., and Desimusco Trading Co.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| ELETSON HOLDINGS INC., *et al.*, | Case No. 23-10322 (JPM) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPER

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceedings as counsel to Fentalon Ltd., Apargo Ltd., and Desimusco Trading Co. (collectively, "Preferred Nominees"), and requests, pursuant to Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9074-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), that all notices given or required to be given in connection with the above-captioned proceeding, and all

---

[1] The Debtors in these chapter 7 cases are: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. The address of the Debtors' corporate headquarters is 118 Kolokotroni Street, GR 185 35 Piraeus, Greece. The Debtors' mailing address is c/o Eletson Maritime, Inc., 1 Landmark Square, Suite 424, Stamford, Connecticut 06901.

papers served or required to be served in connection therewith, be given to and served upon the following:

SIDLEY AUSTIN LLP
William E. Curtin
Duston K. McFaul
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839 5300
Facsimile: (212) 839 5599
Email: wcurtin@sidley.com
dmcfaul@sidley.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rule specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any prior or subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Preferred Nominees: (1) to have final orders in any non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (2) to trial by jury in any case, proceeding, matter, or controversy so triable; (3) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs, or

recoupments to which the Preferred Nominees are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: March 21, 2024
New York, New York

Respectfully submitted,

*/s/ William E. Curtin*

**SIDLEY AUSTIN LLP**
William E. Curtin
Duston K. McFaul
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839 5300
Facsimile: (212) 839 5599
Email: wcurtin@sidley.com
       dmcfaul@sidley.com

*Counsel for Fentalon Ltd., Apargo Ltd., and Desimusco Trading Co.*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all ECF recipients in the above-captioned matter.

Dated: March 21, 2024
New York, New York                              */s/ William E. Curtin*
                                                                William E. Curtin