

**Derek J. Baker**
Direct Phone: +1 215 851 8148
Email: dbaker@reedsmith.com

Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
+1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

May 9, 2024

**By Electronic Mail and ECF**

Honorable John P. Mastando III
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**In re: Eletson Holdings, Inc., et al., Bankr. S.D.N.Y. 23-10322 (JPM)**

Dear Judge Mastando:

    We are counsel to the Debtors in the above referenced Chapter 11 Cases. We are writing in connection with the upcoming hearing scheduled for May 15, 2024, where, among other things, the following motion is scheduled to be heard:

    Motion of Debtors and Debtors In Possession for an Order: (I) Approving Their Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Their Plan of Reorganization; (III) Establishing the Confirmation Hearing and Related Deadlines and (IV) Granting Related Relief[Dkt. No. 372) (the "Disclosure Statement Motion").

    The objection deadline for the Disclosure Statement Motion is May 9, 2024 at 4:00 p.m. (Eastern) (the "Objection Deadline").

    We are engaged in ongoing good faith discussions with, among other parties, the Official Committee of Unsecured Creditors regarding the Debtors' disclosure statement motion as well as the related Debtors' amended plan and disclosure statement [Dkt. Nos. 570 and 621]. To allow for these discussions to continue, the Official Committee of Unsecured Creditors has requested, and the Debtors have agreed (subject to Court approval), to extend the Objection Deadline to Monday, May 13, 2024 at 4:00 p.m. (Eastern).

    While we hope an objection will be unnecessary, we would also request an extension of the Debtor's right to reply to any objection filed by the Official Committee of Unsecured Creditors to May 14, 2024 at 4:00 p.m. (Eastern).

Respectfully submitted,

/s Derek J. Baker
Derek J. Baker

DJB:cl

ABU DHABI ♦ ASTANA♦ ATHENS♦ AUSTIN♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY♦ CHICAGO♦ DALLAS♦ DUBAI♦ FRANKFURT♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ **MIAMI** ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

The relief requested in the Debtors' May 9, 2024 letter (Docket No. 647) is GRANTED. The Objection Deadline is extended to Monday, May 13, 2024 at 4:00 p.m. (ET). The time for the Debtors to reply is extended to May 14, 2024 at 4:00 p.m. (ET).

It is SO ORDERED

Dated: New York, New York
May 9, 2024

/s John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE