**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7253**

WRITER'S EMAIL ADDRESS
**isaacnesser@quinnemanuel.com**

October 15, 2024

**VIA ECF**

Honorable John P. Mastando III
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:    *In re Eletson Holdings, et al.*, Case No. 23-10322 (JPM)

Your Honor:

I am writing on behalf of Levona in response to Debtors' October 15, 2024 letter (ECF 1191) (the "Letter"), which addressed certain developments regarding Levona's motion for contempt sanctions in the BVI.

Levona intends to appeal the BVI decision noted in the Letter and continues to believe that the Debtors' disclosures of BVI developments in this Court are a violation of applicable confidentiality obligations in the BVI action. Indeed, the Debtors' disclosure of the BVI decision in their Letter, together with the factual assertions in the Letter, are themselves evidence of additional misconduct. Levona intends to take appropriate steps in the BVI to address those issues.

Moreover, the Debtors' Letter materially misstates the nature and scope of the BVI freezing order as well as certain facts relevant to that order and the BVI proceeding. We will not address those issues in detail here, in part due to the ongoing confidentiality concerns noted above, other than to note that they may be a consequence of the fact that none of the Debtors is a party to the BVI action.

Respectfully submitted,

 */s/ Isaac Nesser*

Isaac Nesser