UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                              :

In re:                                                     :

ELETSON HOLDINGS INC., et al.,          :    Case No. 24-cv-05096 (LJL)

        Debtors.                                 :

---------------------------------------------------------------x

## ORDER DISMISSING APPEAL

      Appellant, the Official Committee of Unsecured Creditors of Eletson Holdings, Inc., has moved for dismissal of the above-captioned bankruptcy appeal under Rule 8023(b) of the Federal Rules of Bankruptcy Procedure. The Court finds that the relief sought in Appellant's motion is appropriate. Accordingly, the Court orders the dismissal of the appeal in its entirety, with each party bearing its own costs. The Clerk is respectfully directed to close the case.

Dated:  December 6, 2024
         New York, New York                                    LEWIS J. LIMAN
                                                                  United States District Judge