IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Eletson Holdings Inc., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-10322 (JPM)<br>(Jointly Administered) |

**NOTICE OF APPEAL**

      Provisional Eletson Holdings Inc. and Reed Smith LLP hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8001 *et. seq.* of the Federal Rules of Bankruptcy Procedure, from each and every part of the United States Bankruptcy Court for the Southern District of New York's January 24, 2025 oral decision and January 29, 2025 order. (Dkt. No. 1402) A copy of the January 29, 2025 order (which attaches the transcript from the January 24, 2025 hearing) is attached as **Exhibit A**. The names of the parties to the rulings appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

**Appellants**

Provisional Eletson Holdings Inc. and Reed Smith LLP (counsel listed below):

Andrew L. Buck
Louis M. Solomon
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 251-5400
Facsimile: (212) 521-5450
abuck@reedsmith.com
lsolomon@reedsmith.com

---

[1] The Debtors in these chapter 11 cases are: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC.

1

**Appellees**

Reorganized Holdings, Inc. (counsel listed below):

Kyle J. Ortiz
Bryan M. Kotliar
Brian F. Shaughnessy
Jared C. Borriello
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
kortiz@teamtogut.com
bkotliar@teamtogut.com
jborriello@teamtogut.com
bshaughnessy@teamtogut.com

**Other Parties**

Lassia Investment Company, Glafkos Trust Company, Family Unity Trust Company (counsel listed below):

William E. Curtin
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-6745
wcurtin@sidley.com

Official Committee of Unsecured Creditors (counsel listed below):

Stephen D. Zide
David A. Herman
Owen S. Haney
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
stephen.zide@dechert.com
david.herman@dechert.com
owen.haney@dechert.com

Petitioning Creditors Pach Shemen LLC, VR Global Partners, L.P., Alpine Partners (BVI), L.P., Gene B. Goldstein; Gene B. Goldstein, In His Capacity as Trustee of the Gene B. Goldstein and Francine T. Goldstein Family Trust; Tracy Lee Gustafson; Jason Chamness; Ron Pike; Robert H. Latter; Mark Millet, In His Capacity as Trustee of the Mark E. Millet Living Trust; Mark Millet, In His Capacity as Trustee of the Millet 2016 Irrevocable Trust; & Farragut Square Global Master Fund, L.P. (counsel listed below):

Kyle J. Ortiz
Bryan M. Kotliar
Brian F. Shaughnessy
Jared C. Borriello
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
kortiz@teamtogut.com
bkotliar@teamtogut.com
jborriello@teamtogut.com
bshaughnessy@teamtogut.com

DATED: New York, New York
February 5, 2025

/s/ *Louis M. Solomon*
_____
Andrew L. Buck
Louis M. Solomon
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 251-5400
Facsimile: (212) 521-5450
abuck@reedsmith.com
lsolomon@reedsmith.com
*Counsel for Provisional Eletson*
*Holdings Inc. and Reed Smith LLP*

4