```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :     Chapter 11
                                                             :
ELETSON HOLDINGS INC., et al.,¹                              :     Case No. 23-10322 (JPM)
                                                             :
                                                             :     (Jointly Administered)
                    Debtors.                                 :
                                                             :
-------------------------------------------------------------x
```

# SCHEDULING ORDER

This matter having come before the Court upon the *Emergency Motion of Eletson Holdings Inc. for Entry of A Further Order In Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization* (ECF Docket No. 1459) (the "**Sanctions Motion**") and the *Motion to Shorten Notice with Respect to Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order In Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization* (ECF Docket No. 1460) (the "**Motion to Shorten**") filed by Reorganized Eletson Holdings Inc., and the Court having considered the correspondence filed in connection with the Motion to Shorten (ECF Docket Nos. 1465 and 1466);

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion to Shorten is DENIED.

    2.    The Court shall hold a hearing on the Sanctions Motion on March 12, 2025 at 9:30 a.m. (EST).

---

[1] The Debtors in these chapter 11 cases are: Eletson Holdings Inc. ("Holdings"), Eletson Finance (US) LLC, and Agathonissos Finance LLC. The address of the Debtors' corporate headquarters is 118 Kolokotroni Street, GR 185 35 Piraeus, Greece. The Debtors' mailing address is c/o Eletson Maritime, Inc., 1 Landmark Square, Suite 424, Stamford, Connecticut 06901.

3. Reponses to the Sanctions Motions shall be filed no later than March 4, 2025 at 5:00 p.m. (EST).

4. Replies in support of the Sanctions Motion shall be filed no later than March 7, 2025 at 12:00 p.m. (EST).

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: New York, New York
      February 24, 2025

/S/ John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE