**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
-and-
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Michael S. Etkin
Andrew Behlmann
Colleen M. Restel
*Counsel for Jackson Walker LLP and*
 *Royston, Rayzor, Vickery & Williams, L.L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br>    ELETSON HOLDINGS, INC., <br><br> Debtor. | Case No. 23-10322 (JPM) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appear, pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession (the "Debtors") for and on behalf of Jackson Walker LLP and Royston, Rayzor, Vickery & Williams, L.L.P. (collectively, the "Law Firm Respondents").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel, on behalf of Law Firm Respondents, hereby request service of any and all notices given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, and

47901/2
05/08/2025 314525274.2

request that the names and addresses of the undersigned counsel be added to all mailing matrices and service lists maintained in the Chapter 11 Cases.  Service may be made and directed as follows:

> **LOWENSTEIN SANDLER LLP**
> Michael S. Etkin, Esq.
> Andrew Behlmann, Esq.
> Colleen M. Restel, Esq.
> 1251 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 262-6700
> -and-
> One Lowenstein Drive
> Roseland, New Jersey 07068
> Telephone: (973) 597-2500
> Email: metkin@lowenstein.com
> Email: abehlmann@lowenstein.com
> Email: crestel@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that this request for service includes not only the notices and papers referred to in the Bankruptcy Code, the Bankruptcy Rules, and the Federal Rules of Civil Procedure (wherever applicable), but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, email, or electronic filing or otherwise filed or made with regard to the Chapter 11 Cases, and for the purposes of CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of Law Firm Respondents to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw the reference in any matter

subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Lowenstein, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 8, 2025            **LOWENSTEIN SANDLER LLP**

*/s/ Michael S. Etkin*
Michael S. Etkin, Esq.
Andrew D. Behlmann, Esq.
Colleen M. Restel, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
- and-
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Email: metkin@lowenstein.com
Email: abehlmann@lowenstein.com
Email: crestel@lowenstein.com

*Counsel for Jackson Walker LLP and
  Royston, Rayzor, Vickery & Williams, L.L.P.*

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on May 8, 2025, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in the case.

*/s/ Michael S. Etkin*
Michael S. Etkin

-3-