UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ELETSON HOLDINGS INC., et al., | Case No.: 23-10322 (JPM) |
| Debtors.[1] | (Jointly Administered) |

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF THE JUNE 11, 2025 ORDER AUTHORIZING AND DIRECTING MICROSOFT CORPORATION TO PROVIDE ADMINISTRATOR LEVEL ACCOUNT ACCESS TO ELETSON HOLDINGS, INC. AND ITS DESIGNEE**

In accordance with Federal Rule of Bankruptcy Procedure 8009, Appellant Provisional Eletson Holdings Inc. ("Appellant") respectfully submits (1) the following statement of the issues to be tried on appeal, (2) the designation of the items to be included in the record on appeal and (3) the certification regarding transcripts in connection with the Appellant's Notice of Appeal (Dkt. No. 1703). As set forth in the Notice of Appeal, Appellant appeals from the United States Bankruptcy Court for the Southern District of New York's June 11, 2025 *Order Authorizing and Directing Microsoft Corporation to Provide Administrator Level Account Access to Eletson Holdings, Inc. and its Designee* (Dkt. No. 1691) and the June 2, 2025 oral decision (Dkt. No. 1695) incorporated therein (the "Microsoft Order").

---

[1] The Court has ordered the following footnote to be included in this caption: "Prior to November 19, 2024, the Debtors in these cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. On [March 5, 2025], the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC. Commencing on [March 5, 2025], all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc. The Debtor's mailing address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119." Dkt. 1515 ¶ 7.

I. **Statement of the Issues on Appeal**

1. Whether it was error for the Bankruptcy Court to issue the *Order to Show* Cause (Dkt. No. 1673, 1674) and issue the Microsoft Order on June 11, 2025.

2. Whether the Bankruptcy Court, in issuing the Microsoft Order, exceeded its jurisdiction.

3. Whether the Bankruptcy Court erred when it determined that Title II of the Electronic Communications Privacy Act ("ECPA"), 18 U.S.C. § 2510 to § 2711, known as the Stored Communications Act ("SCA"), did not prohibit Microsoft Corporation from disclosing information subject to the Microsoft Order.

4. Whether the Bankruptcy Court, in issuing the Microsoft Order, failed to consider or otherwise comply with the administrative stay issued by the United States Court of Appeals for the Second Circuit in *Eletson Holdings, Inc., et al. v. Levona Holdings Ltd.*, No. 25-445 (2d Cir.), ECF 49.1.

5. Whether the Bankruptcy Court, in issuing the Microsoft Order, erred in relying on the District Court's stayed order requiring the turnover of Eletson Holdings, Inc.'s and Eletson Corporation's documents.

6. Whether the Microsoft Order violates the United States Court of Appeals for the Second Circuit order of June 25, 2025, *see Eletson Holdings, Inc., et al. v. Levona Holdings Ltd.*, No. 25-445 (2d Cir.), ECF 67.1, staying the District Court's order requiring the turnover of Eletson Holdings, Inc.'s and Eletson Corporation's documents.

7. Whether the *Petitioning Creditors' Amended Joint Chapter 11 Plan of Reorganization of Eletson Holdings Inc. and Its Affiliated Debtors* (Dkt. No. 1132) plan of reorganization for Eletson Holdings, Inc. has been validly consummated and provides the entity that calls itself "Reorganized Eletson Holdings Inc." with access to the documents subject to the

Microsoft Order.

8.  Whether the Bankruptcy Court, in issuing the Microsoft Order, erred in failing to consider foreign laws, issues of international comity, or the extraterritorial impact of the Microsoft Order.

9.  Whether the Bankruptcy Court, in issuing the Microsoft Order, improperly restricted and/or otherwise converted and/or transferred property interests (including privileged information) of non-debtor, foreign entities (including those not subject to the Bankruptcy Court's jurisdiction).

10. Whether the Bankruptcy Court, in issuing the Microsoft Order, failed to consider business and safety disruptions to the entities (including safety of their personnel) impacted by the Microsoft Order.

II. **Designation of the Record on Appeal**

Appellant respectfully designates the following items to be included in the appellate record under Bankruptcy Rule 8009(a).  Each designated item includes all exhibits and/or attachments to such item.  The list of designated items includes materials filed on the Bankruptcy Court's docket, as set forth in the following table:

A.  **Bankruptcy Court Docket Entries (Case No. 23-10322)**

| Dkt. No. | Date Filed | Description |
| --- | --- | --- |
| 846 | 7/8/2024 | Amended Plan /Notice of Filing of Solicitation Version of Petitioning Creditors' Joint Chapter 11 Plan of Reorganization of Eletson Holdings Inc. and its Affiliated Debtors |
| 847 | 7/8/2024 | Amended Disclosure Statement /Notice of Filing of Solicitation Version of Disclosure Statement In Support of Petitioning Creditors' Joint Chapter 11 Plan of Reorganization of Eletson Holdings Inc. and Its Affiliated Debtors |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 851 | 7/9/2024 | Notice of Proposed Order /Notice of Filing of Solicitation Version of Proposed Order (I) Approving (A) The Rights Offering and Related Procedures and Materials and (B) The Backstop Agreement, and (II) Granting Related Relief |
| 913 | 8/2/2024 | Statement /Notice of Filing of Plan Supplement to the Petitioning Creditors" Amended Joint Chapter 11 Plan of Reorganization of Eletson Holdings Inc. and Its Affiliated Debtors |
| 1132 | 9/19/2024 | Amended Plan /Notice of Filing of Petitioning Creditors' Revised Joint Chapter 11 Plan of Reorganization of Eletson Holdings Inc. and Its Affiliated Debtors |
| 1134 | 9/19/2024 | Amended Plan Supplement to the Petitioning Creditors' Amended Joint Chapter 11 Plan of Reorganization of Eletson Holdings Inc. and its Affiliated Debtors |
| 1212 | 10/25/2024 | Memorandum Opinion and Order Confirming Petitioning Creditors' Amended Joint Chapter 11 Plan of Reorganization of Eletson Holdings Inc. and its Affiliated Debtors, Sustaining Objections to Competing Plans, and Denying Motion in Limine |
| 1223 | 11/4/2024 | Findings of Fact, Conclusions of Law, and Order Confirming Petitioning Creditors' Amended Joint Chapter 11 Plan of Eletson Holdings Inc. and its Affiliated Debtors |
| 1242 | 11/13/2024 | Letter /Letter to the Honorable John P. Mastando III re: Status Conference on November 13, 2024 |
| 1254 | 11/14/2024 | Transcript of November 13, 2024 Conference |
| 1255 | 11/19/2024 | Statement /Notice of Filing of Third Amended Plan Supplement to the Petitioning Creditors' Amended Joint Chapter 11 Plan of Reorganization of Eletson Holdings Inc. and Its Affiliated Debtors |
| 1258 | 11/19/2024 | Statement /Notice of (I) The Occurrence of the Effective Date and (II) Final Deadlines for Filing Certain Claims |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1268 | 11/25/2024 | Motion for Sanctions /Emergency Motion of Reorganized Eletson Holdings Inc. for an Order Imposing Sanctions on Eletson Holdings" (A) Existing Person of Record and (B) Former Shareholders, Officers, Directors, and Counsel, Including Reed Smith LLP |
| 1281 | 12/3/2024 | Affidavit of Service of Ronaldo Lizarraga Angulo re: Documents Served on November 25, 2024 |
| 1283 | 12/3/2024 | Supplemental Affidavit of Service of Kyle J. Ortiz re: Docket Nos. 1268, 1277 |
| 1285 | 12/10/2024 | Opposition of Non-Party Daniolos Law Firm to the Emergency Motion of Reorganized Eletson Holdings Inc. for an Order Imposing Sanctions on Eletson Holdings" (A) Existing Person of Record and (B) Former Shareholders, Officers, Directors, and Counsel, Including Reed Smith LLP |
| 1287 | 12/10/2024 | Opposition / Reed Smith LLP's Opposition to Emergency Motion of Reorganized Eletson Holdings Inc. for an Order Imposing Sanctions |
| 1288 | 12/10/2024 | Declaration of Louis M. Solomon in Support of Reed Smith's Opposition to Emergency Motion of Reorganized Eletson Holdings Inc. for an Order Imposing Sanctions |
| 1289 | 12/10/2024 | Declaration of Betty Lamin-Blamo Pursuant to 28 U.S.C. 1746 |
| 1290 | 12/10/2024 | Declaration of Vasilis Hadjieleftheriadis in Support of Reed Smith's Opposition to Emergency Motion of Reorganized Eletson Holdings Inc. for an Order Imposing Sanctions |
| 1291 | 12/10/2024 | Objection to Motion for Sanctions |
| 1299 | 12/13/2024 | Response /Reorganized Holdings' Omnibus Reply to the Objections to Its Sanctions Motion and Foreign Representative Motion |
| 1300 | 12/13/2024 | Declaration /Declaration of Jared C. Borriello In Support of Reorganized Holdings' Omnibus Reply to the Objections to its Sanctions Motion and Foreign Representative Motion |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1301 | 12/13/2024 | Statement / Statement of the Official Committee of Unsecured Creditors in Support of the Emergency Motion of Reorganized Eletson Holdings Inc. for an Order Imposing Sanctions on Eletson Holdings' (A) Existing Person of Record and (B) Former Shareholders, Officers, Directors, and Counsel, Including Reed Smith LLP |
| 1313 | 12/17/2024 | Letter to the Honorable Judge John P. Mastando III Regarding Liberian Threats |
| 1317 | 12/18/2024 | Letter to the Honorable Judge John P. Mastando III Regarding Togut Letters |
| 1326 | 12/20/2024 | Order signed on 12/20/2024 Authorizing Adam Spears to Act as Foreign Representative of Reorganized Holdings and (II) Granting Related Relief. |
| 1328 | 12/23/2024 | Letter to the Honorable John P. Mastando III re: Follow- up to December 16, 2024 Status Conference, Appeal Status |
| 1330 | 12/27/2024 | Notice of Proposed Order /Notice of Filing of Revised Proposed Order Imposing Sanctions on Eletson Holdings'(A) Existing Person of Record and (B) Former Shareholders, Officers, Directors, and Counsel, Including Reed Smith LLP |
| 1333 | 12/30/2024 | Memorandum Endorsed Order signed on 12/30/2024 Re: Letter The Daniolos Law Firm. |
| 1338 | 12/31/2024 | Opposition / Reed Smith LLP's Limited Opposition to Revised Proposed Order Imposing Sanctions on Eletson Holdings' (A) Existing Person of Record and (B) Former Shareholders, Officers, Directors, and Counsel, Including Reed Smith LLP |
| 1339 | 1/2/2025 | Letter to Honorable John P. Mastando III Re: January 6, 2025 Hearing and Response to Reed Smith's Opposition to the Revised Proposed Order concerning the Sanctions Motion |
| 1343 | 1/5/2025 | Statement /Joint Exhibit List for January 6, 2025 Hearing |
| 1344 | 12/17/2024 | Transcript Regarding Hearing Held on 12/16/2024 |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1350 | 1/9/2025 | (A) Preliminary Objection To Reed Smith's Fourth Interim And Final Fee Application And (B) Request For Disgorgement Of All Reed Smith's Fees |
| 1353 | 1/10/2025 | Letter to the Honorable John P. Mastando III re: Motion [Dkt. No. 1268] - post trial briefing issues |
| 1354 | 1/13/2025 | Letter to the Honorable John P. Mastando Regarding Developments in Liberia and in the United States |
| 1355 | 1/13/2025 | Statement /Eletson Holdings Inc's Proposed Findings of Fact and Conclusions of Law Approving Pending Motion for Contempt and Other Relief Against, Inter Alia, Reed Smith, Eletson Holding's Address of Record and Former Shareholders, Officers and Directors |
| 1356 | 1/13/2025 | Findings of Fact and Conclusions of Law in Support of Opposition to Emergency Motion of "Reorganized Eletson Holdings Inc." for an Order Imposing Sanctions Against Reed Smith LLP |
| 1359 | 1/14/2025 | Motion for Contempt /Reorganized Eletson Holdings Inc.'s Motion for Entry of an Order to Show Cause |
| 1363 | 1/15/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket No. 1353 |
| 1364 | 1/15/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket No. 1355 |
| 1365 | 1/15/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket No. 1359 |
| 1371 | 1/17/2025 | Memorandum of Law /Reorganized Holdings' Post-Trial Brief Concerning the Sanctions Motion |
| 1372 | 1/17/2025 | Reed Smith LLP's Post-Hearing Brief in Opposition to Emergency Motion of "Reorganized Eletson Holdings Inc. for an Order Imposing Sanctions" |
| 1382 | 1/9/2025 | Amended Transcript of Hearing on January 6, 2025 |
| 1402 | 1/29/2025 | Order signed on 1/29/2025 In Support Of Confirmation And Consummation Of The Court-Approved Plan Of Reorganization. |
| 1404 | 1/30/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket No. 1359 |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1405 | 1/28/2025 | Amended Transcript Regarding Hearing Held on 1/24/2025 |
| 1406 | 2/3/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket No. 1402 |
| 1407 | 2/4/2025 | Letter to the Honorable John P. Mastando Regarding Compliance with Order |
| 1408 | 2/3/2025 | Affidavit of Service of Kurtzman Carson Consultants re: Docket No. 1402 |
| 1410 | 2/5/2025 | Letter to the Honorable John P. Mastando Regarding Update on Greek Proceeding |
| 1411 | 2/5/2025 | Notice of Appeal on behalf of Provisional Eletson Holdings, Reed Smith LLP. |
| 1416 | 2/6/2025 | Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order In Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization |
| 1425 | 1/29/2025 | Transcript regarding Hearing Held on 1/29/2025 |
| 1426 | 2/11/2025 | Letter to the Honorable John P. Mastando Regarding Improper Parties on Sanctions |
| 1427 | 2/11/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket Nos. 1416, 1417 |
| 1428 | 2/11/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket Nos. 1416, 1417, 1420, 1421 |
| 1429 | 2/11/2025 | Affidavit of Service of Kurtzman Carson Consultants re: Docket Nos. 1416, 1417, 1420, 1421 |
| 1440 | 2/17/2025 | Reed Smith LLP's Memorandum Of Law In Opposition To The Emergency Motion Of Eletson Holdings Inc. "For Entry Of A Further Order In Support Of Confirmation And Consummation Of The Court-Approved Plan Of Reorganization" |
| 1441 | 2/17/2025 | Opposition of Non-Party Daniolos Law Firm to the Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1442 | 2/17/2025 | Declaration Of Louis M. Solomon In Support Of Reed Smith LLP's Memorandum Of Law In Opposition To The Emergency Motion Of Eletson Holdings Inc. "For Entry Of A Further Order In Support Of Confirmation And Consummation Of The Court-Approved Plan Of Reorganization" |
| 1444 | 2/17/2025 | Objection to Motion Objection of the Majority Shareholders of Eletson Holdings Inc. to Emergency Motion for Entry of a Further Order in Support of Confirmation |
| 1445 | 2/17/2025 | Opposition Of Non-Party Rimon P.C. To The Emergency Motion of Eletson Holdings Inc. For Entry of A Further Order In Support Of Confirmation And Consummation Of The Court-Approved Plan Of Reorganization |
| 1455 | 2/19/2025 | Response /Eletson Holdings Inc.'s Omnibus Reply to Objections to Emergency Motion of Eletson Holdings Inc for Entry of a Further Order In Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization |
| 1456 | 2/19/2025 | Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal of the Post-Confirmation Opinion on behalf of Provisional Eletson Holdings, Reed Smith LLP |
| 1459 | 2/19/2025 | Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization |
| 1468 | 2/21/2025 | Notice of Filing of Transcript Related to the Court's February 20, 2025 Decision Regarding Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order In Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization |
| 1469 | 2/21/2025 | Letter to the Honorable John P. Mastando in Connection with the Court's Oral Ruling at the February 20, 2025 Hearing |
| 1471 | 2/24/2025 | Statement Sidley Austin LLP Certification to the Court |
| 1472 | 2/24/2025 | Statement Lassia Investment Company Certification to the Court |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1473 | 2/24/2025 | Statement Family Unity Trust Company Certification to the Court |
| 1474 | 2/24/2025 | Statement Glafkos Trust Corporation Certification to the Court |
| 1475 | 2/24/2025 | Statement Reed Smith LLP Certification to the Court |
| 1482 | 2/24/2025 | Letter / Email dated 2/24/2025 Filed by John Markianos- Daniolos on behalf of Vasilis Kertsikoff, Vasilis Hadjieleftheriadis, Laskarina Karastamati |
| 1483 | 2/25/2025 | Letter to the Honorable John P. Mastando Regarding February 20, 2025 Order Compliance |
| 1485 | 2/25/2025 | Letter to the Honorable John P. Mastando Regarding February 20, 2025 Order Compliance |
| 1486 | 2/26/2025 | Letter to the Honorable John P. Mastando Regarding February 20, 2025 Order Compliance |
| 1492 | 2/27/2025 | Letter to the Honorable John P. Mastando Regarding February 20, 2025 Order Compliance |
| 1494 | 2/27/2025 | Letter to the Honorable John P. Mastando III, Re: Response to Reed Smith Letter |
| 1495 | 2/27/2025 | Order Signed on 2/27/2025 In Support Of Confirmation And Consummation Of The Court-Approved Plan Of Reorganization And Imposing Sanctions On Certain Parties. |
| 1499 | 3/3/2025 | Notice of Filing of Revised Proposed Order with Respect to the Emergency Motion of Eletson Holdings inc. For Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization |
| 1501 | 3/4/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket Nos. 1455, 1457, 1459, 1460, 1461 |
| 1503 | 3/4/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket No. 1468 |
| 1504 | 3/4/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket No. 1481 |
| 1506 | 3/4/2025 | Objection to Motion Objection of the Majority Shareholders of Eletson Holdings Inc. to Emergency Motion for Entry of a Further Order in Support of Confirmation |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1507 | 3/4/2025 | Opposition of Non-Party Daniolos Law Firm to the Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization |
| 1508 | 3/4/2025 | Memorandum of Law in Opposition to the Emergency Motion of Eletson Holdings Inc. "For Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization" |
| 1509 | 3/4/2025 | Declaration of Louis M. Solomon in Support of Reed Smith LLP's Memorandum of Law in Opposition to the Emergency Motion of Eletson Holdings Inc. "For Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization" |
| 1512 | 3/5/2025 | Amended Order (I) Authorizing Adam Spears To Act As Foreign Representative Of Reorganized Holdings And (II) Granting Related Relief |
| 1514 | 3/5/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket No. 1494 |
| 1522 | 3/7/2025 | Eletson Holdings Inc.'s Omnibus Reply In Support of Its Foreign Opposition Sanctions Motion |
| 1523 | 3/7/2025 | Declaration of Jared C. Borriello, Esq. In Support of Eletson Holdings Inc's Omnibus Reply In Support of Its Foreign Opposition Sanctions Motion |
| 1530 | 3/12/2025 | Affidavit of Service of Kyle J. Ortiz re: Docket Nos. 1497, 1498, 1499 |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1531 | 3/12/2025 | Affidavit of Service of Kurtzman Carson Consultants re: 1) Eletson Holdings Inc.'s Omnibus Reply to Objections to Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization; 2) Supplemental Declaration of Bryan M. Kotliar, Esq. in Support of Eletson Holdings Inc.'s Omnibus Reply to Objections to Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization; and 3) Notice of Agenda of Matters Scheduled for Hearing on February 20, 2025 at 9:30 a.m. (Docket Nos. 1455, 1461, 1457) |
| 1532 | 3/12/2025 | Affidavit of Service of Kurtzman Carson Consultants re:1) Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization; 2) Motion to Shorten Notice with Respect to Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization; and 3) Scheduling Order (Docket Nos. 1459, 1470, 1460) |
| 1534 | 3/12/2025 | Affidavit of Service 1) Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization and Imposing Sanctions on Certain Parties; and 2) Notice of Filing of Revised Proposed Order with Respect to the Emergency Motion of Eletson Holdings Inc. for Entry of a Further Order in Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization (Docket Nos. 1495, 1499) |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1535 | 3/12/2025 | Affidavit of Service of Kurtzman Carson Consultants re: 1) Eletson Holdings Inc.'s Omnibus Reply in Support of its Foreign Opposition Sanctions Motion; and 2) Declaration of Jared C. Borriello, Esq. in Support of Eletson Holdings Inc.'s Omnibus Reply in Support of its Foreign Opposition Sanctions Motion (Docket Nos. 1522, 1523) |
| 1536 | 3/12/2025 | Transcript regarding Hearing held on March 12, 2025 |
| 1537 | 3/13/2025 | Order in Further Support of Confirmation and Consummation of the Court-Approved Plan of Reorganization |
| 1541 | 3/13/2025 | Majority Shareholder's Notice of Appeal |
| 1558 | 3/13/2025 | Notice of Appeal of March 13, 2025 Order |
| 1568 | 3/27/2025 | Majority Shareholder's Statement of Issues |
| 1581 | 4/7/2025 | Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal of the March 13, 2025 Sanctions Order on behalf of Provisional Eletson Holdings. |
| 1591 | 4/9/2025 | Appellant's Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal of Portions of the March 13, 2025 Order Incorporating the March 12, 2025 Oral Decision on behalf of Daniolos Law Firm. |
| 1592 | 4/9/2025 | Statement of Issues to be Presented and Designation of Items to Be Included in the Record on Appeal of the March 13, 2025 Sanctions Order on behalf of Family Unity Trust Company, Glafkos Trust Company, Lassia Investment Company |
| 1673 | 5/29/2025 | Order To Show Cause signed on 5/29/2025 For An Entry Of An Order Authorizing And Directing Microsoft Corporation To (I) Suspend Existing Account Access For Accounts Maintained By Eletson Corporation And (II) Provide Administrator Level Account Access To Eletson Holdings, Inc. And Its Designees. |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1674 | 5/29/2025 | Memorandum of Law /Memorandum of Law In Support of the Entry of an Order Authorizing and Directing Microsoft Corporation to (I) Suspend Existing Account Access for Accounts Maintained by Eletson Corporation and (II) Provide Administrator Level Account Access to Eletson Holdings, Inc. and its Designees |
| 1675 | 5/29/2025 | Declaration /Declaration of Kyle J. Ortiz, Esq. Pursuant to Local Bankruptcy Rule 9077-1 |
| 1678 | 6/1/2025 | Letter to the Letter to the Honorable John P. Mastando III re document 1673 |
| 1682 | 6/2/2025 | Response TO Order To Show Cause For Entry Of An Order Authorizing And Directing Microsoft Corporation To (I) Suspend Existing Account Access For Accounts Maintained By Eletson Corporation And (II) Provide Administrator Level Account Access To Eletson Holdings, Inc. And Its Designees |
| 1683 | 6/2/2025 | Affidavit /Declaration of Patrick Gogerty in Support of Response TO Order To Show Cause For Entry Of An Order Authorizing And Directing Microsoft Corporation To (I) Suspend Existing Account Access For Accounts Maintained By Eletson Corporation And (II) Provide Administrator Level Account Access To Eletson Holdings, Inc. And Its Designees |
| 1685 | 6/3/2025 | Affidavit of Service re: 1) Order to Show Cause for Entry of an Order Authorizing and Directing Microsoft Corporation to (I) Suspend Existing Account Access for Accounts Maintained by Eletson Corporation and (II) Provide Administrator Level Account Access to Eletson Holdings, Inc. and Its Designees; 2) Memorandum of Law in Support of the Entry of an Order Authorizing and Directing Microsoft Corporation to (I) Suspend Existing Account Access for Accounts Maintained by Eletson Corporation and (II) Provide Administrator Level Account Access to Eletson Holdings, Inc. and Its Designees; and 3) Declaration of Kyle J. Ortiz, Esq. Pursuant to Local Bankruptcy Rule 9077-1 |

| Dkt. No. | Date Filed | Description |
|---|---|---|
| 1691 | 6/11/2025 | Order signed on 6/11/2025 Authorizing And Directing Microsoft Corporation To Provide Administrator Level Account Access to Eletson Holdings, Inc. And Its Designee. |
| 1695 | 6/3/2025 | Transcript regarding Hearing Held on June 2, 2025 at 4:35 PM RE: Order To Show Cause signed on 5/29/2025 For An Entry Of An Order Authorizing And Directing Microsoft Corporation To (I) Suspend Existing Account Access For Accounts Maintained By Eletson Corporation And (II) Provide Administrator Level Account Access To Eletson Holdings, Inc. And Its Designees.. |
| 1703 | 6/25/2025 | Notice of Appeal (related document(s)1691, 1695) on behalf of Provisional Holdings |
| 1705 | 6/25/2025 | Letter to the Honorable John P. Mastando Regarding Second Circuit Court Decision |
| 1707 | 6/26/2025 | Letter to the Honorable John P. Mastando in Response to Reorganized Holdings' Letter on the Second Circuit Court Decision |

All document entries (currently ECF Dkt. Nos. 1-1715) maintained by the bankruptcy clerk in Case No. 23-10322.

### III.     Certification Regarding Transcripts

Pursuant to Bankruptcy Rule 8009(b)(1), Appellant hereby certifies that they are not ordering any transcripts. All transcripts have been prepared, are available on the docket, and are designated in the foregoing designation of the record.

### IV.     Reservation of Rights

Appellant reserves the right and does not waive any of its rights to supplement this statement of issues for appeal and the designation of the record for appeal contained herein. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges and objections.

DATED:    New York, New York
July 9, 2025

Respectfully submitted,

**REED SMITH LLP**

/s/ *Louis M. Solomon*
Louis M. Solomon
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-Mail: LSolomon@reedsmith.com

**RIMÔN, P.C.**

/s/ *Michael S. Lazaroff*
Michael S. Lazaroff
400 Madison Ave, Suite 11D
New York NY 10017
P: 646.738.4151
michael.lazaroff@rimonlaw.com

*Counsel to Provisional Eletson Holdings Inc.*