UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                           :

In re:                                          :           Chapter 11
                                                     :

ELETSON HOLDINGS INC.,[1]          :          Case No. 23-10322 (JPM)
                                                     :

                                                     :
                           Debtor.          :
                                                     :
---------------------------------------------------------------x

## DEBTOR-APPELLEE'S DESIGNATION OF
## ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Under Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Appellee Eletson Holdings, Inc. ("Appellee" or the "Debtor"), submits this designation of additional items to be included in the record on appeal[2] with respect to the appeal by the Majority Shareholders and Elafonissos Shipping Corporation [*see* ECF No. 1726] [3] of the July 8, 2025, order of the United States Bankruptcy Court for the Southern District of New York in Case No. 23-10322 (JPM) [ECF No. 1716].

Specifically, Appellee designates the following additional items to be included in addition to those designated by the appellant [see ECF No. 1752] in the record on appeal:[4]

---

[1] Prior to November 19, 2024, the Debtors in these cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. On March 5, 2025, the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC. Commencing on March 5, 2025, all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc. The Debtor's mailing address is c/o Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036.

[2] Debtor reserves all rights to move to strike Appellant's designation of items on appeal that have been improperly included in the record. *See* Federal Rule of Bankruptcy Procedure 8009(e).

[3] Given the voluminous number of appeals filed in this case, Appellee notes that this designation of additional items to be included in the record on appeal relates to the appeal pending in the District Court for the Southern District of New York under case number 25-cv-06220.

[4] The items designated herein include all exhibits and attachments to such items.

| Designation No. | Date | ECF No. | Description |
|---|---|---|---|
| 1. | 03/27/2025 | 1569 | Notice of Hearing and Eletson Holdings Inc.'s Motion for an Order Extending Time to Object to Claims filed by Bryan Kotliar on behalf of Eletson Holdings Inc. |
| 2. | 05/01/2025 | 1636 | Transcript regarding Hearing Held on April 30, 2025 at 10:04 AM |
| 3. | 06/24/2025 | 1701 | Order signed on 6/24/2025 Regarding Supplemental Submissions |
| 4. | 06/27/2025 | 1708 | Letter to the Honorable John P. Mastando in Response to the Court's June 24, 2025 Order (related document(s) 1701 ) Filed by Kyle J. Ortiz on behalf of Reorganized Eletson Holdings Inc. |
| 5. | 07/01/2025 | 1710 | Letter to the Honorable John P. Mastando III in Response to the Court's June 24, 2025 Order (related document(s) 1701 ) Filed by Frank T.M. Catalina on behalf of Elafonissos Shipping Corporation |
| 6. | 07/07/2025 | 1713 | Notice of Filing of Transcript of July 2, 2025 Status Conference filed by Kyle J. Ortiz on behalf of Reorganized Eletson Holdings Inc. |

|  |  |
|---|---|
| DATED: August 13, 2025<br>New York, New York | HERBERT SMITH FREEHILLS KRAMER (US) LLP<br><br>By:<br><br>*/s/ Kyle Ortiz*<br>Kyle J. Ortiz<br>Brian F. Shaughnessy<br>Jennifer Sharret<br>Andrew J. Citron<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100<br>Email: Kyle.ortiz@hsfkramer.com<br>       Brian.shaughnessy@hsfkramer.com<br>       Jennifer.sharret@hsfkramer.com<br>       Andrew.citron@hsfkramer.com<br><br>*Counsel for Eletson Holdings Inc.* |