HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Kyle J. Ortiz
Brian F. Shaughnessy
Jennifer Sharret
Andrew Citron

*Counsel for Eletson Holdings Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
                                                    :
In re:                                              :          Chapter 11
                                                    :
ELETSON HOLDINGS INC.,[1]                           :          Case No. 23-10322 (JPM)
                                                    :
                                                    :
                           Debtor.                  :
                                                    :
-----------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING TO BE HELD ON AUGUST 20, 2025 AT 9:00 A.M. (PREVAILING EASTERN TIME)

**Date and Time**:                    August 20, 2025 at 9:00 A.M. (Prevailing Eastern Time)

**Location of Hearing**:              (*Via Zoom for Government*)

A hearing ("Hearing") will be held on August 20, 2025 at 9:00 a.m., before the Honorable John P. Mastando III, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Court"). The Hearing will take place via Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only"

---

[1] Prior to November 19, 2024, the Debtors in these cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. On March 5, 2025, the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC. Commencing on March 5, 2025, all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc. The Debtor's mailing address is c/o Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036.

appearance before the Court, need to make an electronic appearance (an "eCourt Appearance")
through the Court's website at https://ecf.nysb.uscourts.gov/nysbAppearances.pl. by 4:00 p.m.,
Prevailing Eastern Time, one business day before the hearing (i.e., on August 19, 2025).  A copy
of each pleading can be viewed for a fee on the Court's website at www.ecf.uscourts.gov.

## A. CONTESTED MATTERS

1. *Eletson Holdings Inc.'s Application for Attorneys' Fees and Costs* [Dkt. No. 1729].

   Response Deadline:    July 23, 2025 (*Original Response Deadline*).
                         July 31, 2025 (*Response Deadline for Parties Who Received Extensions*).
                         August 17, 2025 (*Reply Deadline*).

   Related Document(s):

   (a)  *Notice of Hearing* [Dkt. No. 1729].

   (b)  *Declaration of Kyle J. Ortiz, Esq. in Support of Eletson Holdings Inc.'s Application for Attorneys' Fees and Costs* [Dkt. No. 1730].

   (c)  *Supplemental Declaration of James A. A. Pierre II in Support of Eletson Holdings Inc.'s Application for Attorneys' Fees and Costs* [Dkt. No. 1732].

   (d)  *Supplemental Declaration of Maria Orfanidou in Support of Eletson Holdings Inc.'s Application for Attorneys' Fees and Costs* [Dkt. No. 1733].

   (e)  *Notice of Hearing of Eletson Holdings Inc.'s Application for Attorneys' Fees and Costs* [Dkt. No. 1758].

   Responses/Replies Received:

   (a)  *The Eletson Holdings Inc. Entity's, that the Second Circuit Recognizes as Being Represented by the Undersigned Counsel in In Re: Eletson Holdings, Inc., No. 25-176, Dkt. 50.1, Memorandum of Law in Opposition to Eletson Holdings Inc.'s Application for Attorneys' Fees and Costs* [Dkt. No. 1755].

(b)    *Joinder of Majority Shareholders and Elafonissos Shipping Corporation in Opposition to Eletson holdings Inc.'s Application for Attorneys' Fees and Costs* [Dkt. No. 1782].

(c)    *Eletson Holdings Inc.'s Response to Objections to the Application For Attorneys' Fees and Costs* [Dkt. No. 1787].

Status:  This matter is going forward.

2.    *Apargo Limited, Fentalon Limited, and Desimusco Trading Limited's Motion for a Protective Order/To Quash* [Dkt. No. 1715].

Response Deadline:    August 13, 2025 (*Response Deadline*).
August 17, 2025 (*Reply Deadline*).

Related Document(s):

(a)    *Notice of Hearing* [Dkt. No. 1717].

Responses/Replies Received:

(a)    *Eletson Holdings Inc.'s Opposition to Apargo Limited, Fentalon Limited, and Desimusco Trading Limited's Motion for a Protective Order/To Quash* [Dkt. No. 1778].

(b)    *Apargo Limited, Fentalon Limited, and Desimusco Trading Limited's Reply in Further Support of Their Motion For a Protective Order/To Quash* [Dkt. No. 1789].

Status:  This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

DATED:  August 19, 2025
        New York, New York

HERBERT SMITH FREEHILLS
KRAMEER (US) LLP

By:

*/s/ Kyle Ortiz*
Kyle J. Ortiz
Brian F. Shaughnessy
Jennifer Sharret
Andrew Citron
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: kyle.ortiz@hsfkramer.com
      brian.shaughnessy@hsfkramer.com
      jennifer.sharret@hsfkramer.com
      andrew.citron@hsfkramer.com

*Counsel for Eletson Holdings Inc.*