**HERBERT SMITH FREEHILLS**
**KRAMER (US) LLP**
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Kyle J. Ortiz
Brian F. Shaughnessy
Jennifer Sharret
Andrew J. Citron

*Counsel for Eletson Holdings Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                                     :   Chapter 11
:
ELETSON HOLDINGS INC.,[1]                                  :   Case No. 23-10322 (JPM)
:
:
Debtor.                                :
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        :
                         : ss.:
COUNTY OF NEW YORK       :

I, Marlie R. Golden, being duly sworn, depose and says:

1.  I am over the age of eighteen years and employed by Herbert Smith Freehills Kramer (US) LLP and I am not a party to the above-captioned action.

---

[1] Prior to November 19, 2024, the Debtors in these cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. On March 5, 2025, the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC. Commencing on March 5, 2025, all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc. The Debtor's mailing address is c/o Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036.

2.  On October 1, 2025, I served a true and correct copy of the following documents upon each of the parties listed on the annexed service list by electronic mail:

- Eletson Holdings, Inc.'s Motion for an Order Imposing and Increasing Sanctions Against the Violating Parties [Docket No. 1843]
- Declaration of Jennifer Sharret in Support of Eletson Holdings Inc.'s Motion for an Order Imposing and Increasing Sanctions Against the Violating Parties [Docket No. 1844]

Marlie R. Golden

Sworn to before me this
8th day of October, 2025

Notary Public

Notary Public, State of New York
WENDY H. KANE
NO. 01KA6377080
Qualified in New York County
Commission Expires June 25, 2026

## Service List

abuck@reedsmith.com
EletsonBankruptcyTeam@reedsmith.com
LSolomon@reedsmith.com
PSinger@reedsmith.com
aconn@reedsmith.com
daniel.rudewicz@usdoj.gov
TMoss@perkinscoie.com
John.Bae@thompsonhine.com
Epistat1@gmail.com
gayda@sewkis.com
lotempio@sewkis.com
koepp@sewkis.com
gary.mennitt@dechert.com
david.herman@dechert.com
owen.haney@dechert.com
stephen.zide@dechert.com
MGalibois@reedsmith.com
Bartveldhuizen@aquariusmaritime.co.uk
derek.adler@hugheshubbard.com
elizabeth.zhou@hugheshubbard.com
special.credits@ab-bank.com
PHealy@wsfsbank.com
jeff.margolin@hugheshubbard.com
jkissane@wfw.com
mklein@frankelrubin.com
isaacnesser@quinnemanuel.com
erickay@quinnemanuel.com
rodney.gaughan@db.com
philip.lawrence@corient.com
wcurtin@sidley.com
dmcfaul@sidley.com
rvelevis@sidley.com
MBrod@milbank.com
BUelk@milbank.com
CFendrych@milbank.com
kbucca@oceanbulk.gr
agamza@mosessinger.com
kkolbig@mosessinger.com
apkolod@mosessinger.com
mgordon@wfw.com
kfisher@wfw.com
adouglas@wfw.com
askordidis@gmail.com
WHOLESALE_HERMES_TEAM@CEPAL.GR
adam@ace148.com

23-10322-jpm    Doc 1853    Filed 10/09/25    Entered 10/09/25 09:58:47    Main Document
Pg 4 of 4

williamadams@quinnemanuel.com
gmc@chaloslaw.com
bsparkman@chaloslaw.com
cmillman@kostelanetz.com
crule@kostelantz.com
professor@calavros.gr
ioannis.zilakos@eletson.com
manolis.andreoulakis@eletson.com
j.markianos@daniolos.gr
vasilis.hadjieleftheriadis@eletson.com
lascarina.karastamati@eletson.com
vassilis.kertsikoff@eletson.com
crule@kostelanetz.com
michael.lazaroff@rimonlaw.com
mayra.medina@rimonlaw.com
anthony.acampora@rimonlaw.com
docketingsupport@rimonlaw.com
lrolnick@rksllp.com
rbodnar@rksllp.com
fcatalina@rksllp.com
dimitri.georgantas@roystonlaw.com
bruzinsky@jw.com
salas@dcr.law
calavros@calavros.gr
ncastiglione@rksllp.com
claferriere@rksllp.com
jsparacio@rksllp.com
skunselman@rksllp.com
nycmanagingclerks@dechert.com
shaftelh@gtlaw.com
maura.miller@gtlaw.com
kirschbauma@gtlaw.com