HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Kyle J. Ortiz
Brian F. Shaughnessy
Jennifer Sharret
Andrew Citron

*Counsel for Eletson Holdings Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
: 
In re: : Chapter 11
: 
ELETSON HOLDINGS INC.,[1] : Case No. 23-10322 (JPM)
: 
: 
Debtor. : 
: 
------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING TO BE HELD ON NOVEMBER 3, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time**:         November 3, 2025 at 11:00 A.M. (Prevailing Eastern Time)

**Location of Hearing**:     (*Via Zoom for Government*)

A hearing ("Hearing") will be held on November 3, 2025 at 11:00 a.m., before the Honorable John P. Mastando III, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Court"). The Hearing will take place via Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen

---

[1] Prior to November 19, 2024, the Debtors in these cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. On March 5, 2025, the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC. Commencing on March 5, 2025, all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc. The Debtor's mailing address is c/o Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036.

only" appearance before the Court, need to make an electronic appearance (an "eCourt Appearance") through the Court's website at https://ecf.nysb.uscourts.gov/nysbAppearances.pl. by 4:00 p.m., Prevailing Eastern Time, one business day before the hearing (i.e., on November 2, 2025). A copy of each pleading can be viewed for a fee on the Court's website at www.ecf.uscourts.gov.

### A. UNCONTESTED MATTERS

1. *Eletson Holdings Inc.'s Motion for an Order Extending Time to Object to Claims* [Dkt. No. 1856].

    Response Deadline:    October 27, 2025 (*Response Deadline*).

    Related Document(s):

    (a)    *Notice of Hearing* [Dkt. No. 1856].

    (b)    *Certificate of No Objection Regarding Eletson Holdings Inc.'s Motion for an Order Extending Time to Object to Claims* [Dkt. No. 1869]

    Responses/Replies Received:

    (a)    N/A.

    Status: A certificate of no objection has been filed and a proposed order has been emailed to Chambers. Accordingly, a hearing regarding this matter is not required unless the Court has questions or directs otherwise.

2. *Eletson Holdings Inc.'s Motion for an Order Imposing and Increasing Sanctions Against the Violating Parties* [Dkt. No. 1843].

    Response Deadline:    October 17, 2025 (*Response Deadline*).

    Related Document(s):

    (a)    *Notice of Hearing* [Dkt. No. 1843].

    (b)    *Declaration of Jennifer Sharret in Support of Eletson Holdings Inc.'s Motion for an Order Imposing and Increasing Sanctions Against the Violating Parties* [Dkt. No. 1844].

    (c)    *Certificate of No Objection Regarding Eletson Holdings Inc.'s Motion for an Order Imposing and Increasing Sanctions Against the Violating Parties* [Dkt. No. 1868]

Responses/Replies Received:

    (a)    N/A.

Status: A certificate of no objection has been filed and a proposed order has been emailed to Chambers. Accordingly, a hearing regarding this matter is not required unless the Court has questions or directs otherwise.

## B. CONTESTED MATTERS

3.    *Holdings' and Levona's Joint Motion for Sanctions Against the Cypriot Entities and Vassilis Kertsikoff and Laskarina Karastamati* [Dkt. No. 1809].

    Response Deadline:    October 7, 2025 (*Extended Response Deadline*).
                                  October 23, 2025 (*Extended Reply Deadline*).

    Related Document(s):

    (a)    *Notice of Hearing regarding Holding's and Levona's Joint Motion for Sanctions* [Dkt. No. 1812].

    (b)    *Declaration of Kyle J. Ortiz in Support of the Joint Motion for Sanctions* [Dkt. No. 1810].

    (c)    *Declaration of Isaac Nesser in Support of the Joint Motion for Sanctions* [Dkt. No. 1811].

    (d)    *Notice of Adjournment of Hearing on Motion of Eletson Holdings Inc. and Levona Holdings Ltd. for an Order (i) Imposing and Increasing Sanctions on the Violating Parties and (ii) Enjoining the Violating Parties from Exercising Control Over Eletson Gas* [Dkt. No. 1832].

    (e)    *Second Notice of Adjournment of Hearing on Motion of Eletson Holdings Inc. and Levona Holdings Ltd. for an Order (i) Imposing and Increasing Sanctions on the Violating Parties and (ii) Enjoining the Violating Parties from Exercising Control Over Eletson Gas* [Dkt. No. 1835]

Responses/Replies Received:

(a) *Motion to Extend Time to File Opposition to Motion* [Dkt. No. 1817].

(b) *Memorandum Endorsed Order signed on 9/16/2025 Re: Extending Deadline* [Dkt. No. 1827].

(c) *Opposition to Holdings' and Levona's Joint Motion for Sanctions Against the Cypriot Entities and Vassilis Kertsikoff and Laskarina Karastamati* [Dkt. No. 1850].

(d) *Declaration of Hal Shaftel in Support of Opposition to Motion* [Dkt. No. 1851].

(e) *Eletson Holdings Inc.'s and Levona Holdings Ltd.'s Reply to the Cypriot Entities' Opposition to the Motion For an Order (I) Imposing and Increasing Sanctions on the Violating Parties and (II) Enjoining the Violating Parties from Exercising Control Over Eletson Gas* [Dkt. No. 1863].

(f) *Declaration of Jared C. Borriello in Support of Eletson Holdings Inc.'s and Levona Holdings Ltd.'s Reply to the Cypriot Entities' Opposition to the Motion for Sanctions* [Dkt. No. 1864].

(g) *Eletson Holding Inc.'s Motion for an Order Authorizing the Filing Under Seal of Certain Exhibits and Information Relating to Eletson Holdings Inc.'s and Levona Holdings Ltd.'s Reply in Further Support of the Joint Motion for Sanctions* [Dkt. No. 1865].

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| DATED:  October 30, 2025<br>　　　　　New York, New York | HERBERT SMITH FREEHILLS KRAMER (US) LLP<br><br>By:<br><br>*/s/ Kyle Ortiz*　　　　　　　　　<br>Kyle J. Ortiz<br>Brian F. Shaughnessy<br>Jennifer Sharret<br>Andrew Citron<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>Email: kyle.ortiz@hsfkramer.com<br>　　　　brian.shaughnessy@hsfkramer.com<br>　　　　jennifer.sharret@hsfkramer.com<br>　　　　andrew.citron@hsfkramer.com<br><br>*Counsel for Eletson Holdings Inc.* |