UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re: ELETSON HOLDINGS INC,  :  Chapter 11
: Case No. 23-10322 (JPM)
Debtor/Judgment Creditor.[1] :
------------------------------------------------------------------------x

### DECLARATION OF NATHANIEL R.B. KOSLOF IN SUPPORT OF ELETSON HOLDINGS INC.'S MOTION TO COMPEL THE ENTITY JUDGMENT DEBTORS' DEPOSITIONS IN AID OF JUDGMENT ENFORCEMENT

I, NATHANIEL R.B. KOSLOF, under penalty of perjury, declare as follows:

1. I am an associate at Goulston & Storrs PC ("Goulston"), which represents Judgment Creditor Eletson Holdings Inc. ("Holdings").

2. I respectfully submit this declaration in support of Holdings' Motion to Compel the Entity Judgment Debtors' Depositions in Aid of Judgment Enforcement (the "Motion").

3. This declaration is made based on my personal knowledge.

4. Annexed hereto as **Exhibit 1** are true and accurate copies of the Rule 30(b)(6) deposition notices, dated October 24, 2025, with Schedule A annexed thereto ("Rule 30(b)(6) Notices") that Holdings served on judgment debtors Lassia Investment Company, Glafkos Trust Company, Family Unity Trust Company, and Elafonissos Shipping Corporation ("Entity Judgment Debtors").

5. Annexed hereto as **Exhibit 2** is a true and accurate copy of Holdings' certificate of service certifying service of the Rule 30(b)(6) Notices on the Entity Judgment Debtors care of their counsel, Rolnick Kramer Sadighi LLP ("RKS"), by first-class mail and email on October 24, 2025.

---

[1] Prior to November 19, 2024, the Debtors in these cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. On March 5, 2025, the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC. Commencing on March 5, 2025, all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc. The Debtor's mailing address is c/o Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036.

6.      Annexed hereto as **Exhibit 3** is a true and accurate copy of an email dated November 25, 2025.

7.      On November 12, 2025, my colleague Rae Berger and I represented Holdings at a Zoom conference with counsel to the Entity Judgment Debtors, Richard Bodnar and Justin Harris of RKS. During the Zoom conference, both sides conferred in good faith concerning the Rule 30(b)(6) Notices in an effort to resolve the issues raised by the Motion but were unable to reach agreement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  December 8, 2025

/s/ Nathaniel R.B. Koslof
Jennifer B. Furey (admitted *pro hac vice*)
Nathaniel R.B. Koslof (admitted *pro hac vice*)
GOULSTON & STORRS PC
One Post Office Square, 28th Floor
Boston, MA 02109
jfurey@goulstonstorrs.com
nkoslof@goulstonstorrs.com
Tel: (617) 574-3575

Jaclyn Grodin
Rae Berger
GOULSTON & STORRS PC
730 Third Avenue, 12th Floor
New York, NY 10017
jgrodin@goulstonstorrs.com
rberger@goulstonstorrs.com
Tel: (212) 878-5065

*Counsel for Eletson Holdings Inc.*