# EXHIBIT 3

| | |
|---|---|
| **From:** | Koslof, Nathaniel |
| **Sent:** | Tuesday, November 25, 2025 12:19 PM |
| **To:** | JPM.chambers@nysb.uscourts.gov |
| **Cc:** | Furey, Jennifer; Berger, Rae; Grodin, Jaclyn; Lawrence Rolnick; Borriello, Jared; ioannis.zilakos@eletson.com; adrianos.psomadakis@gmail.com; adrianos.psomadakis@eletson.com; manolis.andreoulakis@eletson.com; Ljk@naftilosmaritime.com; Lascarina.karastamati@eletson.com; laskarinak@eletsonshipmanagement.com; vah@naftilosmaritime.com; vasilis.hadjieleftheriadis@eletson.com; panos.paxinos@eletson.com; Panagiotis.Paxinos@eletson.com; kostis.hadjieleftheriadis@eletson.com; j.markianos@daniolos.gr |
| **Subject:** | In re Eletson Holdings, Inc., et al., Case No. 23-10322 (JPM) |
| **Attachments:** | 2025.11.25 - PMC Ltr to Mastando re MTC Depositions.pdf |
| | |
| **Categories:** | Filed to ND |

Dear Chambers,

In the above-captioned matter, Eletson Holdings Inc. ("Holdings") filed a letter requesting a conference in advance of its proposed motion to compel the Judgment Debtors (defined therein) to attend their respective post-judgment depositions. Pursuant to Chambers Rules, please find a copy of the of letter, filed today as docket entry 1894, attached.

Respectfully Submitted,
Nate

**Nathaniel Koslof**
(617) 574-0533
[Bio](Bio)

**goulston&storrs**

One Post Office Square, Boston, MA 02109
[goulstonstorrs.com](goulstonstorrs.com)
[nkoslof@goulstonstorrs.com](mailto:nkoslof@goulstonstorrs.com)

***************************************************************************

This communication may contain information which is privileged and/or confidential under applicable law. Any dissemination, copy or disclosure, other than by the intended recipient, is strictly prohibited. If you have received this communication in error, please immediately notify us via return e-mail to [nkoslof@goulstonstorrs.com](mailto:nkoslof@goulstonstorrs.com) and delete this communication without making any copies. Thank you for your cooperation.

1