UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re:                                                         :          Chapter 11
                                                               :
ELETSON HOLDINGS INC.,[1]                                      :          Case No. 23-10322 (JPM)
                                                               :
                                                               :
                                                               :
                    Debtor.                                    :
                                                               :
---------------------------------------------------------------x

**DECLARATION OF JARED C. BORRIELLO IN SUPPORT OF ELETSON HOLDING
INC.'S REPLY TO REED SMITH LLP'S RESPONSE TO SUPPLEMENT TO
ELETSON HOLDINGS INC.'S MOTION FOR AN ORDER COMPELLING REED
SMITH TO IMPLEMENT THE PLAN AND IMPOSE SANCTIONS[2]**

I, Jared C. Borriello, make this declaration pursuant to 28 U.S.C. § 1746:

1.      I am an associate at the law firm of Herbert Smith Freehills Kramer (US) LLP,

counsel to Eletson Holdings Inc. in the above captioned chapter 11 cases.

2.      I respectfully submit this Declaration in support of *Eletson Holdings Inc.'s Reply*

*to Reed Smith LLP's Response to Supplement to Eletson Holdings Inc.'s Motion for Entry of an*

*Order Compelling Reed Smith to Implement the Plan and Imposing Sanctions* submitted

contemporaneously herewith.

---

[1]     Prior to November 19, 2024, the Debtors in these cases were:  Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC.  On March 5, 2025, the Court entered a final decree and order closing the chapter 11 cases of Eletson Finance (US) LLC and Agathonissos Finance LLC.  Commencing on March 5, 2025, all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of Eletson Holdings Inc.  The Debtor's mailing address is c/o Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036.

[2]     This Declaration was originally filed on May 13, 2026 and was corrected to attach two inadvertently omitted exhibits on May 14, 2026.

3.      Attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
| --- | --- |
| A. | Excerpt of Detail of Legal Services Rendered (February 2025) |
| B. | Email Correspondence dated March 2025 between Louis Solomon, Manolis Andreoulakis, Colin Underwood, Joshua Peles, Charles Weller, and Management - Eletson HQ (RE: Fwd: Eletson - Cease and Desist Letter) |
| C. | Email Correspondence dated January 8, 2025 between Vassilis Kertsikoff and Louis Solomon |
| D. | Email Correspondence dated January 8, 2025 between Louis Solomon, Vassilis Kertsikoff, and Colin Underwood |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: May 13, 2026
     New York, New York


                                                  /s/ Jared C. Borriello
                                                  Jared C. Borriello

- 2 -

**<u>Exhibit A</u>**



ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

EMC Gas Corporation
118 Kolokotroni Street
P O Box 80 311
Piraeus
GR - GREECE

## INVOICE

Reed Smith LLP
1 Blossom Yard
London E1 6RS

Telephone: +44 (0)20 3116 3000
Facsimile: +44 (0)20 3116 3999

Website: www.reedsmith.com

Re: Levona Holdings Ltd v Eletson Gas LLC - LCIA Arbitration

Your Ref:

Tax Point Date:  29 May 2025

| | - - £ - - |
|---|---|
| Interim Invoice for Period 9 Dec 2024 to 30 Apr 2025 | |
| To Legal Services Rendered | 2,060,017.50 |
| **Additional costs not liable to VAT** | |
| Duplicating/Printing/Scanning | 13,792.00 |
| Postage Expense | 1,345.32 |
| **Disbursements not liable to VAT** | |
| Filing Fees - Paid | 471.10 |
| Telephone - Outside - Paid | 13.85 |
| Subtotal | **2,075,639.77** |
| | |
| Bill Total | **2,075,639.77** |



## Detail of Legal Services Rendered

| | |
|---|---|
| **Client** | Eletson Corporation |
| **Reference** | Levona Holdings Ltd v Eletson Gas LLC - LCIA Arbitration |
| **Matter Number** | 738583.00036 |
| **Bill Number** | 9523385 |
| **Period of Bill** | 09 December 2024 to 30 April 2025 |

---

**Time Detail**

| Date | Time | Value of Time £ | Value Billed £ |
|---|---|---|---|

**Partner**

**Charles G Weller**

| 03 February 2025 | 6.80 | 3,910.00 | 3,910.00 |
|---|---|---|---|

Telecon in from VK/Email in from Togut/Telecon in from VK/Email in from Counsel/Prep for and attendance on Eletson Team call with Eletson and Timagenis/Email in from Rahman Ravelli with application to adjourn LCIA hearing/Considering/Telecon in from VK/Email in from Daniolos/Email in from Counsel/Working on the EG response to Levona's position on expert evidence/Email in from Counsel/Telecon in from VK/Checking Togut filings in BK court/Telecon in from VK - discussing the arrest of the "Kimolos"/Email in from Eletson with letter to Master of "Kinaros"/Considering the Padmore affidavit/Considering the Daniolos affidavit.

| 04 February 2025 | 1.80 | 1,035.00 | 1,035.00 |
|---|---|---|---|

Email in from RS NY concerning Marshall Islands advice/Email in from Vandorou/Telecon in from VH/Email in from VH/Woring on media statement/Email out to Eletson/Telecon in from VK/Working on update to Eletson/Working on letter to LCIA arbitrator concerning expert evidence/Email in from RS NY with draft letter to Mastando/Considering/Email out to RS NY/Emails in from Togut.

| 05 February 2025 | 1.40 | 805.00 | 805.00 |
|---|---|---|---|

Checking NY filings/Email in from RS NY with Marshall Islands advice/Email in from LCIA/Email in from Eletson/Email in from RS NY/Email in from Togut/Email in from Dechert/Emails in from Daniolos concrening the Greek proceedings/Email in from Counsel concerning adjournment/Email in from Eletson/Working on letter to Mastando concerning Greek court outcome/Email in from Eletson with documents.

| 06 February 2025 | 2.80 | 1,610.00 | 1,610.00 |
|---|---|---|---|

Email in from Counsel concerning the Adjournment Application/Working on security for costs application/Working on response to the adjournment application/Considering the Daniolos affidavit and RS NY letter to Judge Mastando/Reviewing NY filings for use in LCIA/Telecon in from VK/Working on update to Eletson/Conference call with RS NY/Working on Weller 4 for s 101 application/Email in from Eletson/Email in from Counsel with comments on the adjournment application/Email out to Counsel/Email in from Eletson concerning the "Kimolos" with docs/Considering/Email in from Rahman Ravelli concerning disclosure/Email in from Eletson/Telecon in from VK concerning the further arrest of the "Kythnos"/Email in from Togut with Emergency Motion to Compel/Telecon in from VK/Email in from Counsel concerning disclosure.

| 07 February 2025 | 3.20 | 1,840.00 | 1,840.00 |
|---|---|---|---|

Checking US filings overnight/Email in from Eletson concerning media statement/Working on draft media statement/Telecon in from VK/Working on security for costs application/Conference call with NY team/Telecon in from VK/Conference call with Eletson and Royston Razer/Email in from Eletson with arrest documents from Corpus

| Date | Time | Value of Time £ | Value Billed £ |
|---|---|---|---|

Christi/Considering/Email in from Counsel/Checking costs schedule for security for costs application/Email in from Eletson with updated media statement/Email in from Counsel with the Levona NY Motions.

| 08 February 2025 | 1.50 | 862.50 | 862.50 |

Emails in from RS NY/Conference call with Gibson Dunn and RS Legal cincering the Murchinson offer.

| 09 February 2025 | 3.30 | 1,897.50 | 1,897.50 |

Email in from LCIA arbitrator/Email in from LCIA arbitrator/Email in from Counsel concerning disclosure/Prep for and attendance on conference call with Gibson Dunn/Conference call with Eletson and Timagenis.

| 10 February 2025 | 5.30 | 3,047.50 | 3,047.50 |

Email in from Counsel concerning Motion for sanctions against LCIA arbitration team/Email out to Counsel/Email in from Counsel/Email out to RS NY concerning sanctions/Working on "Kithnos" arrest documents, and note to Royston Razer/Conference call with RS NY, Daniolos, Timagenis, and Eletson/Telecon in from VK/Conference call with Meerbaum, HFW and VK/Email in from Royston Razer with further documents/Email out to RR/Conference call with Royston Razer/Telecon in from VK/Email in from BDM with "Kithnos" memo/Email out to Meerbaum concerning Mediation/Email in from Counsel/Email in from Eletson with Media Statement/Considering/Email in from Counsel concerning the update to LCIA/Email out to Counsel/Email in from Eletson concerning LK statement/Email in from LCIA/Email in from HFW/Working on assignment/Working on draft letter to Judge Mastando concerning sanctions/Conference call with RS NY trial team.

| 11 February 2025 | 4.90 | 2,817.50 | 2,817.50 |

Email in from Meerbaum concerning Mediation/Email out to Meerbaum/Email out to Eletson/Emails in from RS NY concerning the application to Judge Mastando in respect of sanctions threatened against sanctions team/Email in from Counsel concerning update to LCIA on sanctions against Counsel/Email out to Counsel/Conference call with Eletson and Daniolos/Telecon in from VK - discussing "Kithnos" arrest/Working on further instructions to Royston Razer concerning the the "Kithnos" arrest/Email in from Counsel concerning the List of Issues for LCIA/Email in from Eletson concerning the "Kithnos"/Emails in from Eletson with LCIA disclosure/Working on the LK statement/Email in from LCIA arbitrator/Email out to Counsel/Email in from Rahman Ravelli concerning documents/Working on response to RR/Email in from the LCIA arbitrator concerning the documents/Email in from RR with submissions on the documents/Considering the privileged documents/Email in from Counsel/Telecon in from Counsel/Working on draft submissions in response to RR/Email out to LCIA arbitrator and RR/Email in from RR/Working on letter to Judge Mastando concerning sanctions against Counsel/Meeting with RS Legal/Working on update to Eletson.

| 12 February 2025 | 4.20 | 2,415.00 | 2,415.00 |

Email in from Eletson concerning Mediation/Working on draft message to Oaktree/Email out to Eletson/Telecon in from VK/Email in from Eletson with latest from Spears/Prep for and attendance on conference call with Eletson, Timagenis and Daniolos/Working on approach to Togut/Telecon in from 7KBW concerning Motion against Chambers/Emails out to RS NY/Email in from Rahman Ravelli/Email in from Rahman Ravelli with submissions/Working on "Kithnos" note for Oaktree/Emails out to Royston Razer concerning the "Kithnos" arrest/Emails in from Royston Razer/Email out to Eletson/Telecon in from VK/Email in from Counsel concerning the section 101 application/SDNY Order for Argument.

| 13 February 2025 | 4.70 | 2,702.50 | 2,702.50 |

Email in from Counsel/Email out to Counsel/Conference call with Counsel/Working on response to the Levona LCIA Adjournment Application/Email out to the Tribunal/Email in from the Tribunal/Email out to Royston Rayzer/Email in from RR/Prep for and attendance on conference call with RR and Eletson/Telecon in from VK/Email in from RR/Conference call with RR/Working on SDNY Motion to Displace and Turnover/Telecon in from RS NY/.Further instructions out to Royston Razer/Email in from Eletson with "Kithnos" documents/Email out to Eletson/Email in from Eletson/Considering "Kithnos" charter arrangements/Working on response to Rahman Ravelli/Email in from the Tribunal/Email in from Eletson/Email in from Quinn Emmanuel/Email out to LCIA arbitrator/Email in from LCIA arbitrator/Email in from Royston Razer with Rule D memo/Email in from QE with further papers served in Motion

**Exhibit B**

| | |
|---|---|
| **From:** | Solomon, Louis M. |
| **Sent:** | Saturday, March 29, 2025 8:29 PM EDT |
| **To:** | Manolis S. Andreoulakis; Underwood, Colin A.; Peles, Joshua M.; Weller, Charles G. |
| **CC:** | Management - Eletson HQ |
| **Subject:** | RE: Fwd: Eletson - Cease and Desist Letter ** MSG#:<3425861> |

Laskarina I'm just seeing this.  We will get you a response if you don't have one already.

**Louis M. Solomon** (bio)
E-Mail: Lsolomon@reedsmith.com
Direct Tel.: +1.212.549.0400
Mobile:  +1.917.292.2484
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

---

**From:** Legal & Contracts - Eletson HQ <manolis.andreoulakis@eletson.com>
**Sent:** Saturday, March 29, 2025 8:15 AM
**To:** Solomon, Louis M. <LSolomon@reedsmith.com>; Underwood, Colin A.
<CUnderwood@reedsmith.com>; Peles, Joshua M. <JPeles@reedsmith.com>; Weller, Charles G.
<CWeller@ReedSmith.com>
**Cc:** management@eletson.com
**Subject:** FW: Fwd: Eletson - Cease and Desist Letter ** MSG#:<3425861>

**External E-Mail - FROM Legal & Contracts - Eletson HQ <manolis.andreoulakis@eletson.com>**

---

**Message Number:** 3425861

**From:** manolis.andreoulakis@eletson.com
**To:** LSolomon@reedsmith.com, CUnderwood@reedsmith.com, JPeles@reedsmith.com, cweller@reedsmith.com
**Cc:** management@eletson.com
**Sent:** Saturday, Mar 29, 2025 14:15 (UTC +02:00)
**Subject:** FW: Fwd: Eletson - Cease and Desist Letter
**Attachments:** Eletson - TSS Cease and Desist Letter to DCR 3 28 25.pdf

ATTORNEY CLIENT PRIVILEGE

DEAR LOU
FORGIVE ME FOR DISTURBING YOU WITH THIS ESPECIALLY ON A SATURDAY
THE PANAMANIAN LAWYER DEFENDING THE KIMOLOS OIL TANKER AND TRYING TO LIFT
THE ARREST WITH GOOD ARGUMENTS (LACK OF MARITIME CLAIM LACK OF MARITIME
LIEN LACK OF MARITIME JURISDICTION ETC) RECEIVED THE ATTACHED CEASE AND
DESIST LETTER FROM TOGUT.
PLEASE I AM INSTRUCTED WE WOULD BE VERY GRATEFUL FOR A SHORT COMMENT FROM
YOUR TEAM ON THE EFFECTS AND MERITS OF THIS LETTER
OR SHOULD WE SEND THIS QUERY TO ONE OF THE OTHER LAW FIRMS IN LIGHT OF
YOUR VERY SPECIFIC REPRESENTATION?

THANK YOU KIND REGARDS
MANOLIS
_____Original Message_____

| Message: 15495357 |
|---|
| **From:** Gian Carlo Salas <salas@dcr.law><br>**To:** "dimitri.georgantas@roystonlaw.com" <dimitri.georgantas@roystonlaw.com><br>**Cc:** "Manolis S. Andreoulakis" <manolis.andreoulakis@eletson.com>,Gabriel Sosa <sosa@dcr.law><br>**Date:** Fri, 28/Mar/2025 18:48:03 (UTC: +02:00)<br>**Subject:** Fwd: Eletson - Cease and Desist Letter<br>**Attachments(1):** Eletson - TSS Cease and Desist Letter to DCR 3 28 25.pdf |

Dear Dimitri,

We received the attached.  Could you please advise on the effects and merits of this letter?

Regards,

Gian Carlo Salas
De Castro & Robles
GMT Building, 3rd Floor,
Costa del Este Boulevard,
Panama City, Panama
Tel.: +507 263-6622 | Mob.: +507 6982-0296
www.dcr.law
----------------------------------------------
The content of this communication (and/or any attached file) is sent on a without prejudice basis, confidential, protected by law and may be legally privileged. It is intended solely for the attention of the addressee(s). If it was incorrectly addressed to you, please notify us by return e-mail or through any of the telephones or faxes detailed above, and please delete this message from your system; do not copy or use it for any purpose or disclose its contents to any other person.

 

 

Begin forwarded message:

**From:** John Gallego <jgallego@teamtogut.com>
**Subject: Eletson - Cease and Desist Letter**
**Date:** March 28, 2025 at 11:06:52 AM EST
**To:** salas@dcr.law
**Cc:** Bryan Kotliar <bkotliar@teamtogut.com>

Click here to report this email as spam.

**Exhibit C**

| | |
|---|---|
| **From:** | vassilis kertsikoff |
| **Sent:** | Wednesday, January 8, 2025 8:05 AM EST |
| **To:** | 'Solomon, Louis M.' |
| **CC:** | Vassilis E. Kertsikoff |
| **Subject:** | Fw: amended draft |
| **Attachments:** | Eletson FINAL draft article.docx |

**From:** Nigel Lowry <nigel@lowry.gr>
**Sent:** Wednesday, January 8, 2025 12:57 PM
**To:** vaskerts@hotmail.com <vaskerts@hotmail.com>
**Subject:** amended draft

Hi Vassili,
I attach an amended draft with a few tweaks. For convenience I have highlighted the key paragraphs that have changed in red.
Please have a very quick look if you can.

Thanks,
Nigel

Click here to report this email as spam.

A lengthy battle between one of the tanker industry's most esteemed operators and a vulture fund determined to take it over is now entering a critical phase

+

IN THE old days, respectable family shipping businesses generally counted on finance from so-called relationship banking to see them through when the tough times inevitably came around.

Appreciative of the cyclical nature of the industry and subscribers to old-school values such as loyalty – or so the profiling went - such international bankers would stand by a shipowner through thick and thin. Until they didn't.

Nowadays, there is increased risk for shipowners as the industry has come to rely heavily on alternative sources of finance, including investment funds of various descriptions.

That is just one of the observations that can be taken from a sprawling legal battle for control of vaunted Greek shipping name Eletson that has been going on for the last three years.

The increasingly acrimonious wrestling between a Toronto-based hedge fund and Eletson's traditional owners had been kept mostly under the radar. It may have continued rumbling along in the background, if the fund in November had not issued a 'Mission Accomplished'-style press release claiming victory.

The contest is fast becoming a cautionary tale in what can happen when cyclically battered shipping companies fall into the crosshairs of funds that are greedy for windfall profits and unafraid to use roughhouse tactics.

Eletson's journey is seen as exceptional in the annals of Greek shipping because of the heights it achieved from humble beginnings, and the fact that the company was formed by ship's masters of three different families that have remained together to the present day – a feat in itself.

For the Hadjieleftheriadis, Karastamatis and Kertsikoff families, going to sea after the Second World War was a pathway out of poverty and even starvation. Linked as brothers-in-law, the men pooled their savings and purchased their first cargo ships in the 1960s.

Soon, their company – Eletson – decided to focus on a single sector, product tankers, and it duly became one of the most admired tanker owners and operators in the world. The owners were visionary about the future requirements of the industry and were pioneers in ordering double-hulled tankers prior to the *Exxon Valdez* disaster that led to this becoming mandatory.

Cliched though it may be, it can be argued that the seeds of the company's current plight were contained in the extraordinary nature of its success.

Eletson's progressive culture and its belief in a more 'industrial' model than the average tonnage provider of its era opened up a wide vista of possibilities, including the ability to attract a different tier of financing. In 1993, it became the first European shipping company to place a high-yield bond in the US public debt market. The $140m ship mortgage notes, priced at 9.25%, were fully redeemed early, in 2021, becoming part of Eletson's positive legend.

In 2006, by now under the leadership of a second generation of the founding families, Eletson diversified into the liquefied petroleum gas carrier market, ordering four LPG/ammonia carriers.

This seemed in keeping with the company's blue-chip, industrial and venturesome past, as did two more milestone deals that were sealed in 2013.

One of these was establishing Eletson Gas with giant hedge fund Blackstone as a partner. The move was coupled with ordering eight further newbuildings, this time for ethylene-capable semi-refrigerated vessels.

Secondly, Eletson returned to the bond market with a new issue of ship mortgage notes due 2022. This time, the amount was for $300m and the interest coupon was higher, at 9.625%.

The following years were generally lacklustre ones for the product tanker and LPG carrier markets. By 2018, Eletson could no longer meet interest obligations but negotiated a deal whereby bondholders would swap their paper for new notes, that delayed payments but had an even higher coupon of 12%.

<span style="color:red">Eventually, this was to prove unsustainable and Eletson relinquished to bondholders the mortgaged fleet of 12 of its tankers in what was generally an amicable and orderly working out of the bond debt.</span>

<span style="color:red">Within 2021 several other vessels suffered arrests at the hands of a Chinese lessor and other creditors – unfortunately just months ahead of a sharp upturn in the market.</span>

<span style="color:red">In November that year, eight years after the joint venture was established, Blackstone pulled out of Eletson Gas. In doing so, according to the Eletson families, Blackstone ignored the niceties provided for in the joint venture agreement. One day, they were abruptly told that they had a new partner.</span>

This turned out to be Levona Holdings, a company linked to Canadian hedge fund Murchinson, led by Marc Bistricer. Specialising in distressed

opportunities and "special situations", Murchinson has been described as low-profile - yet somehow this has not stopped it earning a degree of notoriety as well.

Eletson is by no means Bistricer's first involvement in shipping. In his CEO profile on Murchinson's website, the sector is listed among those in which he has a "strong presence", alongside the pharma, real estate and industrial markets.

The maritime domain probably knows him best for Kalani Investments, an initially obscure vehicle that was used as a wholesale share purchasing machine by DryShips and several other Greek-backed shipping companies to magic up funding a few years ago, albeit at the cost of diluting existing shareholders. Although those interactions generated years of SEC investigations and shareholder litigation, none of the shipping companies were sanctioned. **However, Murchinson and Bistricer settled a US Securities and Exchange Commission case for allegedly violating trading rules, agreeing to pay about $8m in disgorgement and fines albeit without admittance of any guilt.**

Yet when the Eletson families suddenly found themselves in bed with Murchinson, via Levona, it appears their initial impression was of a constructive partner.

The former Blackstone stake was equivalent to about 40% of the company. But the preferred shares were sold by Blackstone for a mere $3m according to court records, a paltry figure unknown to Eletson until later. The preferreds represented the majority of the economic interest in Eletson Gas and conferred a huge amount of control via the ability to appoint a majority of directors.

This stopped short of wielding total control over the company, however. The original joint venture agreement stipulated that any "fundamental action" had to have the support of at least four board members, one more than the preferred interests had the power to select.

Nonetheless, the two sides promptly came to an agreement whereby Levona provided a $10m loan while Eletson Gas handed over ownership of two of its LPG carriers, estimated to be worth about $23m. In addition, Eletson undertook to cooperate with Levona when it came to taking any "fundamental actions" such as disposal of assets. The deal also provided for Eletson to reacquire the preferred shares if certain preconditions were met, including repayment of the loan or putting up satisfactory collateral.

The obligations attached to the buyback of the preferred shares have since become a particularly hot bone of legal contention and pivotal to Eletson's fate.

Within a few months, though, all semblance of harmony in the new partnership vanished when the Eletson families became aware that Murchinson had been negotiating the sale of the majority of the fleet behind their back.

Levano, purporting to act on Eletson's behalf, had signed a non-binding letter of intent to sell nine of the company's 12 remaining LPG carriers to Unigas, the company's biggest competitor, for $262m.

The private equity group stood to make a killing from the deal but Eletson has claimed the compensation negotiated with Unigas represented "fire-sale prices" compared with the ships' market value.

Eletson contested Levano's right to make any such decisions, saying it had already given notice of reacquiring the preferred shares, effectively wresting back control of Eletson Gas.

The matter went to arbitration in New York and in September 2023 Eletson was awarded compensation and punitive damages of $87m plus interest and costs – bringing the total to almost $100m.

On the central matter of who controlled the preferred shares and thus Eletson Gas, the arbitrator found that Eletson had met the conditions of the agreement for reacquiring control, hence Levona's actions had been illegitimate. He also found in favour of Eletson on numerous other issues, most salaciously that Murchinson had been secretly bribing Eletson's chief financial officer for confidential information both before and after the acquisition of the preferred shares from Blackstone.

This was a keystone in Murchinson's "aggressive strategy to take control over the company that included putting pressure on the company's lenders, getting vessels arrested, firing and replacing the management companies for the vessels, and selling the fleet," as was documented at the arbitration. <span style="color:red">In Eletson's telling of the story, the skullduggery was instrumental in weakening it to the point where it had needed Levona's infusion of working capital.</span>

In addition, Levona and Murchinson were found to have violated the arbitration's 'status quo' injunction by dint of parallel manoevres against parent company Eletson Holdings.

Effectively a Plan B in case they lost the arbitration, this saw another Murchinson vehicle, Pach Shemen, gobble up a majority of the outstanding Eletson bonds – a chunk originally worth $184m – for $2m. It duly filed involuntary bankruptcy petitions against Eletson Holdings in New York, although these were later converted to a voluntary Chapter 11 case.

The Eletson families had left the bond exposure lingering, partly on the assumption that the original holders had written off their investment and

were by now long gone. The company is also on the record as saying that Pach Shemen's move violated a standstill agreement it had with the previous investors.

**Although the arbitration decision was damning of Murchinson's conduct, this was by no means the end of the saga. Over the last year the award has come under attack on appeal.**

When it came to legal endorsement of the arbitration decision, federal Judge Lewis Liman in the southern district of New York last year initially confirmed the award in part but vacated damages related to some of the violations.

The court found that the arbitrator exceeded his authority by making Murchinson and Pach Shemen, as alter-egos of Levona, jointly liable for the award. Only Levona, which is a shell company, was bound by the arbitration and any pursuit of Murchinson or other affiliates for Levona's obligations should be conducted through a separate action for veil-piercing, the court found.

It also threw out the portions of the award that held Murchinson and its affiliates liable for violating the 'status quo' injunction.

More recently, Murchinson has prevailed with the district court in further delaying confirmation of the award, which is in itself rare.  The court has allowed Levona further discovery on facts relevant to "whether the award was procured by fraud or undue means" after new documents came to light from the bankruptcy case.

These, in Judge Liman's view, were "highly relevant" to the pivotal issue of who owned the preferred shares in Eletson Gas and conceivably could have swayed the arbitrator to a contrary decision.

Just a few weeks later, Murchinson won a major victory in the US bankruptcy court when Pach Shemen's reorganisation plan for Eletson Holdings was approved while a competing proposal put forward by Eletson was rejected.

By November, the "new leadership" of Eletson Holdings, led by Murchinson-linked executive Adam Spears, was making its first public utterances. These included a pledge "to focus on the next phase of Eletson's evolution by enhancing operations and driving growth."

It's hard to know how that squares with the fund's first impulse, which was to strip Eletson of most of its assets, although it's always possible the landscape may have changed.

In any case, Eletson has disputed the authority of "the purported new owners" to appoint new managers or directors prior to recognition by the

Greek and Liberian courts where legal proceedings are ongoing. The legal war between the two sides has also raged in the British Virgin Islands.

The battle for control is now on the cusp of a critical period that includes a hearing this month on the status of the arbitration award in New York and a court hearing in Greece to address the management of the company.

Eletson is not the first to paint Murchinson in unflattering terms, but courts and tribunals do not always agree.

Another acrimonious battle that the fund has recently been waging has been with management of Israel-based 3D printing tech business Nano Dimension. Murchinson holds about 7% of the Nasdaq-listed company and has been playing the role of activist-shareholder.

Nano's incumbent management painted Murchinson as a "predatory group" and a "bad actor" solely motivated by near-term profit at the expense of other stakeholders. But its legal claims were dismissed in court and shareholders in December elected a pair of Murchinson-backed directors, throwing off the board two incumbents including the company's stridently anti-Murchinson chief executive.

The fund's most significant recent win, however, has been defeating an attempt by the Ontario Securities Commission (OSC) to have it and its owner permanently barred from the Canadian market.

In 2022, OSC sought far-reaching sanctions on Bistricer in connection with an alleged "illegal and abusive short selling scheme." However, a few weeks ago a tribunal comprehensively dismissed the OSC's allegations.

Entering 2025, managers at Eletson's Piraeus headquarters privately concede they are in a tough fight.

At stake is not only control of a fleet of 14 LPG carriers and four product tankers. Eletson is also fighting for its ability to preserve one of the proudest legacies in post-war Greek shipping.

[ends]

**<u>Exhibit D</u>**

| | |
|---|---|
| **From:** | Solomon, Louis M. |
| **Sent:** | Wednesday, January 8, 2025 8:53 AM EST |
| **To:** | Vassilis E. Kertsikoff; Vassilis Kertsikoff Hotmail |
| **CC:** | Underwood, Colin A. |
| **Subject:** | Eletson FINAL draft article.docx |
| **Attachments:** | Eletson FINAL draft article.docx |

I have tried to limit my edits to factual inaccuracies.  Perhaps we should discuss this.

**Louis M. Solomon** ([bio](bio))
E-Mail: [Lsolomon@reedsmith.com](mailto:Lsolomon@reedsmith.com)
Direct Tel.: +1.212.549.0400
Mobile:  +1.917.292.2484
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

Click [here](here) to report this email as spam.