Michael S. Amato
**FORCHELLI DEEGAN TERRANA LLP**
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
Phone: 516-248-1700
mamato@forchellilaw.com

*Counsel to Vassilis Kertsikoff, limited appearance*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:

Eletson Holdings Inc., [1]

                              Debtors.


--------------------------------------------------------------x

The requested relief is DENIED. Any response(s) to the Motion [Dkt. No. 2077] and declarations [Dkt. Nos. 2077-1 and 2077-2] shall be filed no later than July 16, 2026 at 2:00 PM. Any replies shall be filed no later than July 23, 2026 at 2:00 PM. The Court will hold an in-person hearing on the Motion on July 30, 2026 at 10:00 AM.

IT IS SO ORDERED.

Date: July 1, 2026
    New York, New York

 */s/*  John P. Mastando III          x
    Honorable John P. Mastando III
    United States Bankruptcy Judge

Chapter 11

Case No. 23-10322 (JPM)


**MEMORANDUM OF LAW IN SUPPORT OF NON-PARTY VASSILIS KERTSIKOFF'S MOTION: (I) TO VACATE THE DEFAULT ORDERS AND JUDGMENTS; (II) FOR A TEMPORARY RESTRAINING ORDER STAYING FURTHER ENFORCEMENT OF THE DEFAULT ORDERS AND JUDGMENTS AND ORDERING ANY ENTITY IN POSSESSION OF THE SUBJECT FUNDS TO HOLD SAME IN ESCROW; (III) SETTING EMERGENCY HEARING DATE ON MOTION; AND (IV) FIXING THE FORM AND MANNER OF NOTICE[2]**

---

[1] The mailing address for debtor Eletson Holdings Inc. ("**Eletson**") is c/o Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036. In March 2023, three creditors of Eletson commenced involuntary bankruptcy proceedings against Eletson and two affiliates (Eletson Finance (US) LLC and Agathononissos Finance LLC) (collectively, "**Debtors**").  However, the only entity currently in bankruptcy is Eletson.

[2] For the avoidance of any doubt, Vassilis Kertsikoff is appearing in this matter in a special and limited capacity to contest the Court's personal jurisdiction over him because he was never properly served with any of the Underlying Papers (defined *infra*).