**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Kyle J. Ortiz
David E. Blabey Jr.
Jennifer Sharret
Jared C. Borriello

*Counsel for Eletson Holdings Inc.*
*Adversary Proceeding Counsel for Plaintiffs as Against Defendants Other Than*
*Reed Smith LLP and Louis M. Solomon*

**GOULSTON & STORRS PC**
One Post Office Square
Boston, MA 02109
(617) 574-3575
Jennifer B. Furey (admitted *pro hac vice*)
Nathaniel R.B. Koslof (admitted *pro hac vice*)
Rae Berger

*Counsel for Eletson Holdings Inc.*
*Adversary Proceeding Counsel for Plaintiffs as Against All Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: ELETSON HOLDINGS INC., *et al.*, | : | Chapter 11 |
| | : | Case No. 23-10322 (JPM) |
| Debtors.[1] | : | Jointly Administered |

------------------------------------------------------------------------x

| | | |
|---|---|---|
| ELETSON HOLDINGS INC.; ELETSON CORPORATION; ELETSON CHARTERING INC.; EMC INVESTMENT CORPORATION; KASTOS SPECIAL MARITIME ENTERPRISE; FOURNI SPECIAL MARITIME ENTERPRISE; KINAROS SPECIAL MARITIME ENTERPRISE; and KIMOLOS II SPECIAL MARITIME ENTERPRISE, | : : : : : : : : | |
| | : | Adv. Pro. No. 25-01120-jpm |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| REED SMITH LLP; LOUIS M. SOLOMON; | : | |

---

[1] The Debtors in these Chapter 11 Cases were: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC (collectively, the "Debtors"). References to the "Debtors" with respect to conduct that occurred prior to the Effective Date of the Plan (described below) are to the pre-effective date Debtors. References to the "Debtors" with respect to conduct that occurred following the Effective Date of the Plan are to the post-effective date Debtors.

VASSILIS KERTSIKOFF; VASILIS                    :
HADJIELEFTHERIADIS; LASCARINA                   :
KARASTAMATI; KONSTANTINOS                       :
HADJIELEFTHERIADIS; IOANNIS ZILAKOS;            :
EMMANUEL ANDREOULAKIS; ADRIANOS                 :
PSOMADAKIS; PANOS PAXINOS; ELENI                :
GIANNAKOPOULOU; NIKI ZILAKOU;                   :
LASSIA INVESTMENT COMPANY; GLAFKOS              :
TRUST COMPANY; FAMILY UNITY TRUST               :
COMPANY; ELAFONISSOS SHIPPING                   :
CORPORATION; KEROS SHIPPING                     :
CORPORATION; APARGO LIMITED; FENTALON           :
LIMITED; and DESIMUSCO TRADING LIMITED,         :
                                                :
                        Defendants.             :
-----------------------------------------------------------------------x


**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING TO BE HELD ON
JULY 30, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time**:          July 30, 2026 at 10:00 A.M. (Prevailing Eastern Time)

**Location of Hearing**:    United States Bankruptcy Court for the Southern District of New
                            York, in Courtroom 723, located at One Bowling Green, New
                            York, New York 10004

A hearing ("Hearing") will be held on July 30, 2026 at 10:00 a.m., before the Honorable

John P. Mastando III, United States Bankruptcy Judge for the United States Bankruptcy Court for

the Southern District of New York (the "Court").  The Hearing will take place in person in the

United States Bankruptcy Court for the Southern District of New York in Courtroom 723, located

at One Bowling Green, New York, New York 10004.  A copy of each pleading can be viewed for

a fee on the Court's website at www.ecf.uscourts.gov.

- 2 -

## A.  ADVERSARY PROCEEDING [Adversary Proceeding No. 25-01120]

1.   *Motion for Stay of Discovery Pending Motion to Compel Arbitration or, in the Alternative, Dismiss* [Dkt. No. 98].

   (a)   *Order Adjourning July 9, 2026 Status Conference and Reed Smith LLP's and Louis M. Solomon's Motion for Stay of Discovery Pending Motion to Compel Arbitration or, in the Alternative, Dismiss* [Dkt. No. 103].

   (b)   *Plaintiffs' Opposition to Reed Smith LLP's and Louis M. Solomon's Motion for Stay of Discovery Pending Motion to Compel Arbitration or, in the Alternative, Dismiss* [Dkt. No. 125].

   Status:  This matter is going forward.

2.   Status Conference

   (a)   *Joint Rule 26(f) Discovery Plan* [Dkt. No. 102].

   (b)   *Letter Joint Submission of Proposals for Protective Order* [Dkt. No. 126].

   (c)   *Letter Joint Submission of Proposals for ESI Protocols* [Dkt. No. 127].

## B.  MAIN BANKRUPTCY CASE [Case No. 23-10322]

1.   *Vassilis Kertsikoff's Motion: (I) To Vacate the Default Orders and Judgments; (II) for a Temporary Restraining Order Staying Further Enforcement of the Default Orders and Judgments and Ordering Any Entity in Possession of The Subject Funds to Hold Same in Escrow; (III) Setting Emergency Hearing Date on Motion; and (IV) Fixing the Form and Manner of Notice* [Dkt. No. 2077].

   Response Deadline:   July 16, 2026 (*Response Deadline*).
                        July 23, 2026 (*Reply Deadline*).

   Related Document(s):

   (a)   *Order Imposing and Increasing Sanctions Against the Violating Parties* [Dkt. No. 1874].

   (b)   *Memorandum Opinion and Order Granting Eletson Holdings Inc.'s and Levona Holdings Ltd.'s Joint Motion for Sanctions Against the Cypriot Entities, Vassilis Kertsikoff and Laskarina Karastamati* [Dkt. No. 1885].

   (c)   *Initial Judgment Against Vassilis Kertsikoff* [Dkt. No. 1933].

(d)     *Order Granting Eletson Holdings Inc.'s Motion to Compel Vassilis Kertsikoff's Compliance with Post-Judgment Interrogatories and Document Requests in Aid of Judgement Enforcement* [Dkt. No. 2005].

(e)     *Order Granting Eletson Holdings Inc.'s Motion to Compel Vassilis Kertsikoff's Deposition in Aid of Judgment Enforcement* [Dkt. No. 2006].

(f)     *Supplemental Judgment Against Vassilis Kertsikoff* [Dkt. No. 2009].

(g)     *Order Granting Eletson Holdings Inc.'s Application for Turnover Order in Aid of Enforcement of the Judgment and Supplemental Judgment against Vassilis Kertsikoff* [Dkt. No. 2051].

(h)     *Order Granting Eletson Holdings Inc.'s Motion for Findings of Contempt and Application for a Bench Warrant for Arrest as to Vassilis Kertsikoff* [Dkt. No. 2069].

(i)     *Memorandum and Endorsed Order Scheduling Hearing on July 30, 2026* [Dkt. No. 2078].

Responses/Replies Received:

(a)     *Eletson Holdings Inc.'s Response in Opposition to Vassilis Kertsikoff'sMotion to Vacate Various Orders and Judgments* [Dkt. No. 2083].

(b)     *Declaration of Nathaniel R. B. Koslof in Support of Eletson Holdings Inc.'s Response in Opposition to Vassilis Kertsikoff'sMotion to Vacate Various Orders and Judgments* [Dkt. No. 2084].

(c)     *Reply in Further Support of Vassilis Kertsikoff's Motion to Vacate Various Motions and Judgments* [Dkt. No. 2087].

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

DATED: July 29, 2026
      New York, New York

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**

By:

*/s/ Kyle J. Ortiz*
Kyle J. Ortiz
David E. Blabey
Jennifer Sharret
Jared C. Borriello
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: kyle.ortiz@hsfkramer.com
      david.blabey@hsfkramer.com
      jennifer.sharret@hsfkramer.com
      jared.borriello@hsfkramer.com

*Counsel for Eletson Holdings Inc.*
*Adversary Proceeding Counsel for Plaintiffs as Against Defendants Other Than Reed Smith LLP and Louis M. Solomon*

-and-

**GOULSTON & STORRS PC**
Jennifer B. Furey (admitted *pro hac vice*)
Nathaniel R.B. Koslof (admitted *pro hac vice*)
One Post Office Square
Boston, MA 02109
jfurey@goulstonstorrs.com
nkoslof@goulstonstorrs.com
Tel: (617) 574-3575

Rae Berger
730 Third Avenue, 12th Floor
New York, NY 10017
rberger@goulstonstorrs.com
Tel: (212) 878-5065

*Counsel for Eletson Holdings Inc.*
*Adversary Proceeding Counsel for Plaintiffs as Against All Defendants*